FILED
CLERK, U.S. DISTRICT COURT

JAN 19 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ EEE _____ DEPUTY

DAMODAR CHANDRA-DAS
FULL NAME

Damodar Chandradas
COMMITTED NAME (if different) California Mens colony

P.o. Box: 8103, San Luis Obispo,
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Ca 93409

#PID: 12126527, CDCR# AV-6366
PRISON NUMBER (if applicable)

Received _____ 01/18/23 _____
(Date)

Scanned/at CMC and E-mailed
on _01/18/23_ by _SS_
(Date)           (Initials)

Number of pages scanned:
94

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER |
| | 2:23-CV-00426-FLA-SHK |
| | *To be supplied by the Clerk* |
| PLAINTIFF, | |
| v. | |
| | **CIVIL RIGHTS COMPLAINT** |
| | **PURSUANT TO** *(Check one)* |
| DEFENDANT(S). | ☒ 42 U.S.C. § 1983 |
| | ☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A. PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes   ☒ No

2.  If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it
appealed? Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint
occurred? ☐ Yes   ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

If your answer is no, explain why not _____

_____

_____

3. Is the grievance procedure completed? ☒ Yes   ☐ No

If your answer is no, explain why not _____

_____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff <u>DAMODAR  CHANDRADAS</u>
(print plaintiff's name)

who presently resides at <u>California Mens Colony, PO. BOX: 8103, San LUis ObispoCA</u>
(mailing address or place of confinement)   93409

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

<u>California Substance Abuse Treatment Facility/and High Desert State Prison.</u>
(institution/city where violation occurred)

on (date or dates) _____ . _____ . _____
               (Claim I)             (Claim II)          (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant  <u>The United States .et al.</u>     resides or works at
               (full name of first defendant)

              _____
               (full address of first defendant)

              _____
               (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

2.  Defendant  <u>John Doe # 1</u>     resides or works at
               (full name of first defendant)
              <u>900 Quebec Ave, P.O. Box: 7100, Corcoran, CA 93212</u>
               (full address of first defendant)

              <u>WARDEN of CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY</u>
               (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

3.  Defendant  <u>L. Macias</u>     resides or works at
               (full name of first defendant)
               <u>900 Quebec Ave, P.O. Box: 7100, Corcoran, CA 93212</u>
               (full address of first defendant)

               <u>WARDEN CORRECTIONAL SUPERVISING COOK/ California Substance Abuse Treatment Facility.</u>
               (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

on (date or dates) _____ _____ , _____ , _____ _____
(Claim I)          (Claim II)          (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

4. Defendant  John Doe # 2 _____ resides or works at
(full name of first defendant)
   P.O. Box: 3030, Susanville, CA 96127
(full address of first defendant)
   WARDEN OF High DESERT STATE PRISON
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:
_____
_____

5. Defendant  D. SNELL _____ resides or works at
(full name of first defendant)
   P.O. BOX: 3030, Susanville, CA 96127
(full address of first defendant)
   Chief Medical Executive, CME./ High Desert State Prison
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:
_____
_____

6. Defendant  S. Gates _____ resides or works at
(full name of first defendant)
   P.O. BOX:588500, Elk Grove, CA 95758
(full address of first defendant)
   Healthcare Correspondence and Appeals Branch, Chief, MC.
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:
_____
_____

7. Defendant   T. Fountain # PERNR # 48468 _____ resides or works at
        (full name of first defendant)

        P.O. BOX: 3030, Susanville, CA 96127/ High Desert State Prison
        (full address of first defendant)

        Correctional Officer
        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

3. Defendant   _____ resides or works at

        (full name of first defendant)

        (full address of first defendant)

        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

## D. CLAIMS*

CLAIM I

The following civil right has been violated:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

WHEREFORE, plaintiff Chandra-Das respectfully pray that this court enter judgement:

Granting the plaintiff Chandra-Das a declaration that the acts and omissions described herein violate his rights under the constitution and laws of the United Statesa and

a preliminary and permanent injunction ordering defendants: John Doe #1 to expunge the Confidential Information Disclosure Form, authored by N. Peterson on 02/27/2018. Exhibit A-1 to this complaint.

John Doe#   to expunge all disciplinary violations, exhibits J,K,L,N and P, authored by correctional officer T. Fountain PERNR # 48468

* 10/03/2018- Rules Violation Report: 000000005788947
* 10/06/2018- Rules Violation Report: 000000005811350
* 10/13/2018-Rules Violation Report: 000000005853149
* 11/01/2018- Rules Violation Report: 000000005967246
* 11/16/2018- Rules Violation Report: 000000006053545

I am requesting a preliminary and permanent injunction for the medical treatment I was initially recieving in my right hand/arm, having had missed various occupational therapist appointments post-operation on 08/24/2022. CMC (California Mens Colony)Should not hinder a patient's recovery due to staff shortages, abridged documentation, false testimony and biased misconceptions.

I'am also requesting a preliminary injunction for continuous adequate treatment in healthcare services for the nerve damage ii now suffer from, those of whom are recognized as outside specialists, not of those within any correctional institutions, unless consulting over Telemedicine (visual conference with a specialist over a screen). Including, prescribing permanent limitations to a lower bunk only "not lower terrain", due to restricted flexibility in the righth hand.

I am requesting a preliminary and permanent injunction for correctional officers and bureaucratic agencies

**CONTINUED IN ATTACHMENTS......**

_____        _____
     (Date)                (Signature of Plaintiff)

CLAIMS

Defendant: the United States.

Upon information and belief, the United States failed by depriving Chandra-Das of adequate healthcare treatment
for sustaining an injury in his upper extremity while working i8n the kitchen, on or about 02/05/2018. In
the past, plaintiff Chandra-Das has made attempts seeking medical treatment in which resulted in surgical
intervention on 08/24/2022. The plaintiff, Chandra-Das suffered further injury since the date of the occurance
the results to his efforts were hindered causing, suffering, emotional distress and psychologicall harm,b
violating the eighth amendment to the UnitedS States Constitution.

Chandra-Das suffered further injury, hindering    his recovery suffering physically, emotionally
and psychologically.

The United States failed in their duties of providing Chandra-Das adequate assistance in the submission
of workers' compensation claim forms for his work related injury, subjecting the plaintiff to further injury,
emotional distress and psychological harm under the Americans with disability Act.

The United States failed in providing access to adequate medical  treatment for Chandra-Das for his work
related injury. As a result,  Chandra-Das suffered further injury (injury:nerve damage), stagnating pain, mental
and emotional harm. The United States actions violated Chandra-Das's rights under the eighth amendment of the
United States Constitution, and the Universal  eclaration of Human Rights, A ticle 23 (1-3) and Article 25 (1).

Defendant #2 John Doe # 1: Warden of California Substance Abuse and Treatment Facility.

Upon information and belief, John Doe # 1 violated plaintiff Chandra-Das's rights under -due process rights of the
14th amendment section of the United States Constitution by authorizing an illegal transfer founded on unreliable
information, provided by N. peterson on 02/14/2018 (see exhibit A-1).Chandra-Das sustained and suffered from a
work related injury an tried to seek treatment but was deprived the right to equal treatment such as medical
care. John Doe #1's failure in providing adequate treatment hindered Chandra-Das from recovering .    on or about
02/05/2018-08//22/2022, causing, pain, suffering, physical injury and emotional distress.

Upon information and belief, John Doe # 1 acted deliberately indifferent when Chandra-Das made  an
inquiry relatively secured by a form of'protected conduct', a clause under the 1st amendment in seeking redress
for medical treatment and equal protections of the injuries sustained while working in his job assignment
(exhibit-S-1). Upon doing so violated Chandra-Das's 1st amendment  right subjectively excluding him from equal
liberties causing pain and suffering, on or about 02/05/2018-on going.

Upon information and belief, John Doe #1  failed to provide adequate medical treatment to Chandra-Das after
sustaining a work related injury. John Doe # 1's authorization stagnated Chandra-Das's recovery from 02/05/2018-
operation date: 08/24/2022- on going, in which limited his daily functions, being that Chandra-Das is right hand
dominant. Chandra-Das therefore suffered further injury, stagnant pain, agony, and mental suffering under  the
eighth amendment to the United States Constitution.

Upon information and belief, John Doe # 1 violated Chandra-Das's rights under the  erican with Disabilities Ac
at 42 U.S.C. section 12101-12213 by not taking into acco t Chandra-Das's learning disability and  other
psychological factors prior to polygraph examination from exhibit A-1, and deprived Chandra-Das of his right to
equal protection.  'Voluntary cessation of allegedly illegal conduct does not deprive the tribunal of power to hear
and determine the case!'

**Defendant # 3: L. Macias-Correctional supervising cook.**

Upon information and belief, L. Macias on or about 02/05/2018 was derelict in his duties by disregarding
"Uniform Procedure". When Chandra-Das made an inquiry about a leave of absence in order to seek appropriate
medical treatment for his work related injury, but instead suffered from adverse actions.Upon doing so, the
defendant L. Macias violatedChandra-Das's constitutional right to due process, under the 14th amendment hindering
Chandra-Das's_ treatment and recovery efforts.

Upon information and belief,:defendant  L. Macias failed to provide protection under the
Equal protections Clause to the United States Constitution, und  the 14th amendment when Chandra-Das
submitted a grievance in prayer to benfit by "Uniform Procedure" (see exhibit S-1) for the injury he sustained
while working or assigned in the kitchen. Chandra-Das had not violated any prison rules nor was he being disruptive.

Upon information an belief, Macias violated Chandra-Das's first amendment right by retaliating against him when
he inquired about a leave of absence as a result to a work   ,ble injury. Placing Chandra-Das
in administrative segregation housing unit and depriving of medical treatment for requesting time off, violated Chand
a-Das's Constitutional rights.

Upon information and belief, defendant L. Macias failed to acknowl; ge Chandra-Das's mental health and learning disab
ility,protected under Americans with Disabilities Act at 42U.S.C   section 12101-12213.

## Defendant #4: John  Doe# 2-Warden of High Desert State Prison.

Upon information and belief,John Doe# 2 violated Chandra-Das's rights to due process  under the
14th amendment section 1 to the United States Constitution by failing to review relevant documentation concerning
medical, mental health and learning disabilities. Upon doing so resulted in, physical,  ,chological, and emotional
harm.

Upon information and belief defendant John Doe #2 violated plaintiff Chandra-Das's rights by penalizing him for
having physical, mental and cognitive impairments as listed on exhibits B-5 and H-8. Chandra-Das suffered from
further injury, in which resulted in physical and psychological harm, violating the eighth amendment to the United
States Constitution.

Upon information and  elief, Defendant John Doe#2 failed by depriving plaintiff Chandra-Das of reasonable medical-care
after a work related injury. John Doe #2 hindered Chandra-Das's recovery by der ing him treatment for medical
services, which limited his daily functions, being  Chandra-Das is right hand dominant. John Doe'#2's
act ions violated Chandra-Das's rights under the eighth amendment to the United States Constitution subjecting him
to further injury hindering his recovery, as listed on exhibit E-I. The plaintiff Chandra-Das suffered progressive
stages of nerve damage, stagnant pain, mental and emotional distress.

Upon information and belief, defendant John Doe #2 violated Chandra-Das's rights under the Americans with Disabilities
Act at 42 U.S.C. section 12101-12213 by depriving Chandra-Das's rights and exacerbating his medical and pychological
health.
"Voluntary cessation of allegedly illegal conduct does not deprive the tribunal of power to hear and determine the
case".

## Defendant #5 D. Snell-Chief Medical Executive of High Desert State Prison.

Defendant D. Snell violated Chandra-Das's rights under the 14th amendment when he failed to adress the basis for Chandra-Das's claim by including biased review of relevant documentation such as physical, medical and psychological impairments as listed on exhibits B-5 and H-8. In doing so, the defendants actions violated and hindered Chandra-Das's          causing him further injury, pain, suffering, emotional and mental harm.

Upon information and belief, D. Snell violated Chandra-Das's constitutional bights by abusing his discretion, and asse asserting a less efficacious treatment plan for plaintiff Chandra-Das. D. Snell's actions infringed on Chandra-Das's right under the eighth amendment. As a result to Chandra-Das suffering further injury, pain, resulting in surgical intervention for tendon repair resulted in nerve damage repair as well.
Chandra-Das suffered from stagnenting pain, injury, emotional and mental harm as listed on exhibit F .

> *Ancata v. Prison Health Servs., Inc., 769 F.2d 700, 704 (11th Cir. 1985) and
> Chance Men V. Armstrong, 143 F.3d 698, 703 (2d Cir. 1998) As a result to his untreated
> pre-existing injury the plaintiff suffered from pain stagnated by cruel biased methods of treatment.
> Plaintiff Chandra-Das's rights were violated, injury led to progressive stages of nerve
> damage which was subjected to operation on 08/24/2022, see exhibit F .

## Defendant #6: S. Gates Chief Healthcare Correspondence and Appeals Branch.

Defendant S. Gates was derelict in his duties when he failed to address and review all necessary documentation appropriately pertaing  to Chandra-Das's work related injury. In doing so, he precluded him from accessing treatment, which subjecteds Chandra-Das to f urther injury, nerve damage, agony, mental  and emotional harm as listed on exhibits E-1,2. S. Gates's actions violated the plaintiff's constitutional rights under the eighth amendment to the United States constitution.

Upon  information and belief, S. Gates deprived Chandra-Das of his rights by excluding him  of  the equal protection clause under the 14th amendment of the United States constitution.Chandra-Das suffered from pain due to exclusion of adequate treatment with all relevant hallmarks present in his healthcare files. Further Chandra-Das suffered from mental and emotional distress as a result, including further injury as noted on exhibits E-1,2/F-1/G-1/H-1,2/3.

Upon   information and belief , by omitting Chandra-Das's physical, mental and learning disability from hindsight review, proceedings have been dictated by biased reviews in which has resulted in fur     ' injuries as listed on exhibit H-8. S. Gates actions violated Americans with Disabilities Act at 42 U.S.C. section 12101-12213, which resulted in pain, suffering, emotional and mental distress.

## Defendant #7: T. Fountain PERNR # 48468, CorrectionalOfficer  of California Department of Corrections and REHABILITATI

Upon information and belief, defendant T. Fountain violated Chandra-Das's 14th amendment right, under the equal protection clause by subjectively penalizing him due to his medical, mentaII and learning disability. As listed on exhibits J,K,L,N, Chandra-Das suffered mental and emotional harm due to the loss of his privileges for his medicalI excused absences, as listed on exhibits M and O.

Upon information and belief, defendant T. Fountain retaliated against plaintiff Chandra-Das when he informed T. Founta of his restricted use of his right hand, in which she penalized and subjected him to unsanitary working conditions (See video if still available)(Video in the dinning hall scullery from 10/03/2018-11/15/2018, from 6:00 am-10:00am) T. Fountain violated Chandra-Das's rights under the 8th amendment to the United States Constitution and as a result Chandra-Das suffered from mental and emotional distress, being that he was deprived of his privileges.

Upon information and belief, T. Fountain failed to provide Chandra-Das the right to have access to the restroom, subjecting him to inhumane and unsanitary standards of employment. Upon notification of upcoming medical procedures, Chandra-Das was deprived access to the restroom and forced to relieve himself in the kitchen scullery area, due to his restricted use of his right hand and medical conditions, as listed on exhibits B-5 . Chandra-Das suffered from emotional and psychological distress subjecting him to cruel and unusual punishment, a violation under the eighth amendment to the United States Constitution.

Upon information and belief all aforementioned are believed to be true and correct.

FACTS

On or about 02/05/2018, Plaintiff Chandra-Das, left unsupervised damaged his right hand trying to prevent a heavy food cart from crashing into another food cart. Reporting the incident to his supervisor, defendant L. Macias, instructed Chandra-Das to stop by the clinic(medical), being his shift was coming to an end.

UPON INFORMATION AND BELIEF,
Chandra-Das stagnated with pain went to medical as instructed by L. Macias and told the registyered nurse the situation,before being treated. The registered nurse told him he would be scheduled to see the doctor then treated Chandra-Das's finger and knuckles with a splint and wrapped ace bandage around his hand.

Returning to work the next day Chandra-Das was on light duty, and continued to be for the next few days until he asked L. Macias if he could get some time off until he saw the doctor. Belligerently dismissing him, Chandra-Das returned to his assigned housing Unit.

UPON INFORMATION AND BELIEF,
On or before 02/13/2018 Chandra-Das surprised, was detained and interviewed by the Investigative Service Unit, fourmarly known as the I.S.U. When Chandra-Das asked for the reason behind the intervention, I.S.U. mentioned to Chandra-Das that someone in the kitchen,where Chandra-Das worked had found a piece of paper stating that Chandra-Das was going to poison the food. Baffled, Chandra-Das told I.S.U. that he had no knowledge of what was going on and that he suffered from mental impairments, including anxiety and a learning disability, but I.S.U. insisted on continuing with th interview forcing Chandra-Das to submit to a polygraph test.

UPON INFORMATION AND BELIEF,
Upon doing so Chandra-Das was informed that he failed every question . Even those of simplistic meaning, such as his birthday and ther color paint on the wall, which was white. Then Chandra-Das was asked how his rapport was with his coworkers were. Chandra-Das mentioned that his rapport with his coworkers was somewhat distant.

Chandra-Das omitted that when he first started working in his new position in the kitchen that he had walked in to see two of his hispanic coworkers, in the bathroom , one of them with a needle stuck into his arm while the other one was holding a spoon with some dark liquid on it. Caught in the act and upset they stormed out of the bathroom a minute or two later.

Chandra-Das went into the restroom afte , having to hold his bladder to relieve himself. That very next day Chandra-Das got then confronted by them then a minor arguement ensued with both of his hispanic coworkers, and since then they became distant. Chandra-Das did not find this to be of relevance and did not want the label of a "snitch", being that in prison bad things happened to them from what he understood. Therefore, he decided to leave this part out.

Terminating the interview. Still suffering from stagnant pain, Chandra-Das escorted to segregation was baffled as to what had just happened.

A day later upon arrival, Chandra-Das was re-housed in E-facility, which is another part of the prison, awaiting committee, .Chandra-Das made efforts to follow up on his status in order to get adequate medical treatment as listed on exhibit B-1. Chandra-Das pleaded for answers with the committee personnel but new information were to no avail.

Upon INFORMATION AND BELIEF,
Chandra-Das then was forced to select a preffered prison so he could stay close to his now deceased girl-friend Stephanie Dunn 07/22/1989- 10/01/2019, but instead was rejected and selected to High Desert State Prison. A prison very far away and known for its harsh conditions on confinement.

UPON INFORMATION AND BELIEF,
While waiting Chandra-Das was stagnated with Pain from his hand injury, Which limited his motor function. Eventually Chandra-Das submitted a grievance as listed on exhibit S-1 due to the lack of adequate treatment.

L. Macias infringed benefits afforded to Chandra-Das by prolonging submission of relevant requested information as listed in m exhibit R-1,2.
UPON INFORMATION AND BELIEF,
Chandra-Das had to resubmit worker's compensation claim due To prior documentation being lost in the mail. Constantly suffering in pain, and finally recieving proggressive medical care evalgations such as X-rays and an MRI the orthopedics specialist Winfred Kokor (MD) evaluated and recommended surgery for Chandra-Das on 05/14/2018, and mentioned that the sooner the better recovery will be. This is listed onn exhibit B-3.

UPON INFORMATION AND BELIEF,
Shortly after John Doe,# 1 then      transferred Chandra-Das to High Desert State Prison. A Prison where Chandra -Das would go before a new healthcare review panel. This new panel cruelly disregarded prior health care recommandations made by the orthopedics specialist at California Substance Abuse Treatment Facility (CSATF).
UPON INFORMATION AND BELIEF,
Furthermore, the healthcare review panel discounted Chandra-Das's injury maliciously tampering with departmental unif m procedure under the Health    Care Operational Manual-3.1.5.: Scheduling and Acces to Care-(c) procedure: (1) @ General Scheduling Concepts (A-C), (3) Scheduling Strategies: (2).

In agony, admitting proper documentation reguarding  the eextent of pain he was experiencing due to his hand injury Chandra-Das suffered  further injury on 06/09/2018, listed on exhibits-1,2.
As
UPON INFORMATION AND BELIEF,
As a result defendant D. Snell  treated Chandra-Das with a less efficacious treatment plan, which Contributed to nerve damage. This violated the Health Care Operation Manual: 2.1.1.- Patients's rights/ \    patients rights and responsibilities- (a) policy,  (b) purpose, (c) responsibilities.

Defendant D. Snell also violated the Health Care Operational Manual-3.1.11: Outpatient Specialty Services: (c) procedure(1) (A): Specialty Services shall be ordered to meet the time frame necessary, (emergent, high or medium priority, routine).

Which also includes Health Care Operational Manual-3.1.11-Outpatient Speacialty Servives: (c) procedure (B) (1-3): The     Primary Care Provider (PCP) shall notify patient of all scheduled appointments excluding specifities.

And Health Care Operational Manual-3.1.11- Outpatient Specialty Services are still transferred, PCP shall not cancel or void specialty services unless no lo rger necessary but need documentation and reason.

On 06/16/2018, the plaintiff Chandra-Das suffered another injury, which resulted in more pain , very  agonizing, discomfort and emotional distress. Upon information and belief, this injury resulted in a progressive state of nerve damage, which hindered Chandra-Das's recovery efforts, as listed on exhibit-E-1 , 2, F,and G.

On  06/18/2018 Chandra-Das grieved the inadequacy of treatment reflected in exhibit H-1,2,3,5, and in respordence was provided with a less efficacious remedy by defendant D. Snell. Chandra-Das experienced excruciating pain, flustered by the prolonged aprocess of care stopped taking the non-inflammatory medication, being that it was of no use.

Upon information and belief,
D. Snell deprived Chandra-Das the right to treatment for a work related injury  and inclined that Chandra-Das pay for his own medical aservices as listed on exhibit C-1, 2. Chandra-Das exhausted his remedies when on 12/05/2018 D. Snell callously denied Chandra-Das's prerogatives for relief, without consideration of Chandra-Das's cognitive deficits and Physical impairments.

On 09/07/2018, Chandra-Das grieved again for a second opinion only from a specialist, as before , including other relevant inquiries as listed on exhibit G-    1, 2. On 10/10/2018, D. Snell abridged and denied Chandra-Das's prerogative for a second opinion, being the doctor was   not an orthopedic specialist.

Upon information and belief,
Assigned to the B-yard Kitchen at High Desert State Prison, Chandra-Das had endured a  painful and cruel job assignment while still pending medical treatment for his hand injury including other pre-existing medical conditions   to avoid disciplinary actions, Which could result in a total loss of privileges . The inmate job assignments forces people  to work, or punished by progressive disciplinary actions and creates a bad profile review  for parole hearings, as defined in the title 15.

UPON INFORMATION AND BELIEF,
Plaintiff Chandra-Das, unconscious of  his need to provide proper documentation informed correctional Officer, T. Fountain of his medical .    deficits and impairments thinking his supervisor would be mindful of that, but instead ellicited callous action, expressed explicit biases and fictitious allegation against Chandra-Das.

UPON INFORMATION AND BELIEF,
As described before T. Fountain is a Correctional Officer and not a Correctional Supervising Cook, meaning her job duties are limited. As a correctional officer, she has to maintain safety and security of the institution, and correctional supervising cook is responsible for preparing the food for the inmate population.

On 10/03/2018, Chandra-Das stagnated with  right hand pain informed T. Fountain        his pre-existing condition,s, medical restrictions  but to no avail subjected Chandra-Das to corrective measures, as listed onn exhibit-_-1.

On/ 10/06/2018, at  appropriate times Chandra-Das inquired about restroom usage, being that it may , Chandra-Das and his co-workers  were precluded from accessing for significant time periods. This forced Chandra-Das and his co-workers to urinate in the scullery area, where they washed the foods trays for the inmate population, exhibt K , illustrates the lack of accessibility of bathroom usage.

Chandra-Das suffering from pinching pain in his right hand pleaded with T. Fountain for restroom usage, Which T. Fountain granted and penalizing him afterwards further abridging her report (Exhibit- K-1). Upon information and belief, Chandra-Das later  suffered a kidney and bladder infection in 2022  and then treated at California Mens Colony, as listed in Exhibit   .
UPON INFORMATION AND BELIEF,
On 10/13/2018, C/O   T. Fountain penalized Chandra-Das for not Showing up to his work assignment. Chandra-Das apart from the severity of pain in his right hand had a  medically excused absence as listed on exhibit M, Chandra-Das hadnt realizeBut was under the impression  that T. Fountain had the impression  that T. Fountain had implicit knowlege of his medically excused absence (Exhibit-M-1). T./Fountain failed to aknowledge that Chandra-Das suffered from . inherent learning disability (AD/HD), and other psychological  factors asw  noted on exhibits H-8  .
Upon information and belief,
On 11/01/2018, Chandra-Das still stagnated with nerve damage pain, as listed on exhibit    reprrtedw work having to be harrased again by T. Fountain. Chandra-Das informed T. Fountain about his physical impairments, trying to reason with T. Fountain but his efforts  were to no avail. Chandra-Das informed T.Fountain that his left hand was fully functional foi other operations, but she insisted on tasks that required  the use of two hands, bieng that they required expediency, and punctual timing.

Chandra-Das attempted to fufill the task as instructed by T. Fountain. Shockingly, Chandra-Das felt a new severly painfully  pinching pensation in his righ  hand T. Fountain then sent  Chandra-Das to medical. Chandra-Das leaving his job assignment went to medical anB recieved a medically excused absence, also know as a "Lay-In".

Chandra-Das made the effort in bringing the "Lay-In" to work the next day to show T. Fountain. To his surprise, Chandra-Das later found out that T. Fountain had penalized him upon excusing him to go to medical on/ 11/01/2018 abridgin    he

report yet again depriving Chandra-Das of redress, as listed in exhibit N-1.

On 11/16/2018, Upon information and belief, T. Fountain penalized Chandra-Das again (exhibitb P-1), disregarding the severity of pain he was experiencing, and insensitive to the fact Chandra-Das had psychological impairments.

Upon information and belief, T. Fountain disregarded the plaintiff's cognitive deficits, medical conditions and impairments. Even after providing medically excused absences, T. Fountain # 48468, A correctional officer subjected Chandra-Das to arbitrarily harsh working conditions.

Upon information and belief,
Chandra-Das grieved these disparities in hopes for relief, but the acting warden at the time, John Doe #2, would not intervene. Chandra-Das suffered from these inequities as shown in exhibit Q-1.

Upon information and belief, the United States failed to grant relief based on these circumstances extenuated by these state officials.The United States acted under color of state law when failing to thoroughly review Chandra-Das's hallmarks for physical and mental impairments which include learning disabilities such as AD/HD, prior to justifying the transfer to a prison known for their harsh conditions of treatment.

Upon information and belief,
Chandra-Das made various attempts in seeking treatment for which resulted in surgical intervention on 08/24/2022, as reflecting the initial record for recommendation in accessing treatment, only treatment now involved nerve damge which progressed to the elbow. Had the United States not failed in executing treatment procedures for Chandra-Das prior to transfer Chandra-Das would not have suffered for several years (02/05/2018-08/24/2022).

Upon information and belief,
The United States breached "uniform procedure" to due process under the 14th amendment when justice failed to hold all parties involved legally responsible. Chandra-Das suffered as a result to these inequities after continously pleading for relief,, in seeking treatment. Defendants John Doe #1, John Doe #2, L. Macias, D. Snell, S. Gates, T. Fountain FRNE #48468 and the United States failed with their duty/duties securing Chandra-Das's medical needs as listed in exhibits A, B,C,D,E,F,G,H,I,J,K,L,N,O,Q,R,S,T.

## RELIEF
### CONTINUED FROM FORMAL DOCUMENT..

to be more considerate of humane practices, such as religious beliefs, psychological and physical impairments/disabilities. Such consideration precluding personal biases and if violated be held legally responsibley and or issue a formal apology to the individual afflicted by the desparity(s).

I am requesting a preliminary and permanent injunction on the United States, to implement/amend a policy that limits correctional officers duties only for the sole purposes of fufilling their duties and not of those directly involvedaand or responsible of supervising inmates.

I am requesting a preliminary and permanent injunction on the Warden(s) to review all prisoner allegations of staff misconduct thoroughly. Such review will be in favor of the prisoner if body cameras and or digital footage is not available in the disciplinary hearings.

I am requesting a preliminary and permanent injunction on the warden(s) should they be held liable for
violating a prisoner's constitutional rights to formally apologize to the prisoner(s), and come up
with a remedial plan/incentive between the correctional staff/officer and the prisoner if he so chooses.

I am requesting for a preliminary and permanent injunction for the warden of any and all institutions not to
hinder medically recommended procedures or undergoing procedures by transferring   prisoner(s) to other
institutions.AAuthorized transfers will only be to medical facilities with or without prior justifiable
medical recommedations.

I am requesting for a preliminary and permanent injunction for the Warden(s) of any and all institutions to
prioritize and treat prisoners injured at work, restricting any transfers what so ever, unless to a medical
facility honoring prior or more adequate treatment recommadations. This in   udes assistance by an outside
agency with the submission of appr priate documentation, in retrospect of accommodating their mental deficits,
under Americans with Disabilities Act.

I am requesting compensatoryrelief for damages  from defendant L. Macias in the amount of $42,000/per year
since the accident,, In both his individual and official capacity, having acted under color of state law.

I am requesting $50,000/ per year      in compensatory      damages from said defendants in both their
individual and official capacity, since notifying them of my physical injuries, physical and psychological
deficits, conditions and impairments:

✳  D. Snell-Chief Medical Executive at High Desert State Prison
✳. S. Gates-Chief Healthcare Correspondence and Appeals Braech at Sacramento
✳  John Doe # 1-Warden of California Substance Abuse Treatment Facility (CSATF)
✳  John Doe #  -Warden of High Desert State

I am requesting $100,000/ per year in punitive damages form defendant John Doe # 1 since the date of the accident
(02/05/2018) and new injuries (06/09/2018) since the date of treatment (08/24/2022).
                        in both the defendants individual and official capacity.

I am requesting $100,000/per year in punitive damages form John Doe #2 since notification of new injuries
were disclosed on 06/09/2018 and treated on 08/24/2022 (Exhibits E-1,2, E F-1),
                                                        in both his/her official capacity, and individual

capacity.

I am requesting $50,000 in punitive damages               form defendant T. Fountain, a correctional
officer, #48468, for The Department of Corrections and Rehabilitation, in both her individual and official capacity,

A jury trial on all issues triable by jury.

Plaintiff's costs in this suit

Any additional relief this court deems just, proper, and equitable.

Dated:


Sign: _____


respectfully submitted,
prisoners name and address: DAMODAR CHANDRA-DAS at California Mens Colony, PO BOX: 8101, San Luis Obispo, CA-93409

## VERIFICATION

I have read the forgoing complaint andd hereby verify that the matters alleged therein are true, and except as to matetrs alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at San Luis Obispo, California on 01/04/2023.


_____
signature

DAMODAR CHANDRA-DAS



Have you heard about the new, easier to use, Grievance and Appeal process?

CDCR 602

FIND OUT WHAT'S NEW

05-26-2020

You have the right to file a grievance or claim. Attach any allowable documents. (NEW) Include all relevant information relating to your claim for the reason it.

---



## NEED MORE INFORMATION?

**CCR 3480** – Implementation Date and Definitions

**CCR 3481** – Claimant's Ability to Grieve and to Appeal

**CCR 3482** – Preparation and Submittal of a Grievance

**CCR 3483** – Grievance Review

**CCR 3484** – Allegations of Staff Misconduct

**CCR 3485** – Preparation and Submittal of an Appeal

**CCR 3486** – Appeal Review

**CCR 3487** – Rejection of a Claim

*The CDCR Form 22 is no longer in use; however, the GA 22 is available for use if you would like to request assistance from staff.*

\* \* \* \* \* \* \* \* \*

---

## Frequently Asked Questions

*Where do I get the CDCR 602-1?*

CDCR 602-1 are available in housing units and prison law libraries.

*Who do I give the form to?*

Completed grievances can be routed to the local Grievance Office by placing them into one of the locked collection boxes located throughout the institution.

*What is the difference between the CDCR 602 and a CDCR 1824?*

A CDCR 602-1 is used to submit a grievance. A CDCR 1824 is used to request an accommodation due to a disability.

*Do I use this new process to file a health care grievance or appeal?*

No. Continue to file health care grievances and appeals by using a CDCR 602-HC.

*Can I try to resolve my issue informally?*

Yes, CDCR always encourages informal resolution of issues when possible.

*What are the grievance timeframes?*

You have 30 calendar days to file a CDCR 602-1 and the institution has 60 calendar days to provide you a written response.

*What if I am dissatisfied with the answer to my grievance?*

You can use the CDCR 602-2 (included in the response to your grievance) to appeal the decision. You have 30 calendar days to submit an appeal and the Office of Appeals has 60 calendar days to provide you a written response.




# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

# New Health Care Grievance Process

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

STAFF USE ONLY          Expedited?  ☐ Yes  ☐ No    Institution:          Tracking #:

## What You Need to Know:

- New process starts on September 1, 2017.
- Appeals are now referred to as Grievances.
- Appeals filed before September 1, 2017, will be processed according to previous regulations.
- There will be only **two** levels of review. One at the institution and one at Headquarters.

## Institutional Level of Review:

- Use the new **blue** CDCR 602 HC, Health Care Grievance form.
- The institution response is **due within 45 business days** from the date your grievance is received in the Health Care Grievance Office.

## Headquarters Level of Review:

- If you do not agree with the institution response, fill out Section B on the CDCR 602 HC and mail your grievance package to Headquarters.
- Headquarters mailing address:
  Health Care Correspondence and Appeals Branch
  P.O. Box 588500, Elk Grove, CA 95758.
- Headquarters response is **due within 60 business days** from the date your grievance is received at Headquarters.
- **The Headquarters response will exhaust your administrative remedies.**

INSTITUTIONAL LEVEL.          CDCR 602 HC A attached?  ☐ Yes   ☐ No

Date Assigned:          Date Due:
Interview Location:
                                          Date:
                                          Date:

Disposition                    ☐ Intervention    ☐ No Further Intervention    ☐ No Intervention
                    *If dissatisfied with Institutional Level Response, complete Section B.*

HCGO Use Only        closed and mailed/delivered to grievant:

<u>EXHIBIT COVER PAGE</u>

EXHIBIT___A


DESCRIPTION OF EXHIBIT:

1) Confidential Information Disclosure Form.



NUMBER OF PAGES TO THIS EXHIBIT:    **2**


JURISDICTION: State Suprewme Court

**CALIFORNIA DEPARTMENT of Corrections and Rehabilitation**

# CONFIDENTIAL INFORMATION DISCLOSURE FORM

**CDC NUMBER:** AV6366     **INMATE NAME:** CHANDRADAS, DAMODAR     **INSTITUTION:** California Substance Abuse Treatment Facility

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a) ☐  CDC Form 115, Rules Violation Report (log number ____) dated ___ submitted by

   _____                                          _____.

   **STAFF NAME**                                 **TITLE**

   b) ☐  CDC Form 114-D, Order and Hearing for Placement in Segregated Housing dated ____.

   c) ☐  Validation Package as a ____ of the ___ Security Threat Group.

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a) ☐  This source has previously provided confidential information which proved to be true.

   b) ☐  Other confidential source has independently provided the same information.

   c) ☐  This source participated in and successfully completed a Polygraph examination.

   d) ☐  The information provided by the confidential source is self-incriminating.

   e) ☐  Part of the information provided is corroborated through investigation or by information provided by non-confidential sources.

   f) ☐  The confidential source is the victim.

   g) ☑  Other (Explain)

      not considered reliable

3) Disclosure of information received.

   The information received indicated the following:

   confidential information was received that indicated you were planning to poison the food supply on SATF IV SNY Facility D to harm the inmate population

4) Type and current location of documentation, (i.e., CDC Form 128B of 5/15/2010 in the confidential section of the central file).

   confidential memo dated 2/14/18 located in confidential section ERMS of Chandradas AV6366 central file ERMS

N. Peterson                                          CCII                 02/27/2018

**STAFF SIGNATURE**

**TITLE**          **DATE DISCLOSED**

CDCR SOMS ICCT170 - Confidential Information Disclosure Form

EXHIBIT_____B

DESCRIPTION OF EXHIBIT:

1) Sick call slip dated 2/21/2018,LOG: 6984615

2) Sick call slip dated 3/26/2018, LOG: 6897040

3) Physician  Request For Services, 5/14/2018, --CDC: 7243

4) Physician Request for Services, 05/15/2018,--CDC: 7243

5) Physician Request for Services, 05/02/2018,--CDC: 7243


NUMBER OF PAGES TO THIS EXHIBIT:---6.


JURISDICTION: State supreme court

 

## CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

### Institutional Level Response

**Closing Date:**   JUL 1 9 2018

**To:**   CHANDRADAS, DAMODAR (AV6366)
B  005 2206001LP
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

**Tracking #:**  HDSP HC 18000888

### RULES AND REGULATIONS
The rules governing these issues are:  California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; Inmate Dental Services Program Policies and Procedures; Mental Health Services Delivery System Program Guide; and/or the Department Operations Manual.

### HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Medication ( Pain Management ) | Pain in your hand. |
| Issue: | Scheduling ( PCP Encounter ) | Wants to see doctor regarding pain in his hand. |

### INTERVIEW
On [date], you were interviewed by [name, classification] regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

### INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.      Intervention.

### BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed.  These records indicate:

- You were seen on 07/12/2018 and the orthopedic specialist recommended a non-op treatment and oral steroids followed by nonsteroidal anti-inflammatory medication and splinting.  You declined and wished to proceed directly with surgery and requested a second opinion.
- You currently have a lower bunk chrono, for your hand issue, which will expire December 2018.

RECEIVED
HCCAB

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

P.O. Box 588500
Elk Grove, CA  95758

While you may not agree with the clinical decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your clinical needs.

Your medical condition will continue to be monitored with care provided as determined medically indicated by the primary care provider. If you have additional health care needs, you are advised to utilize the CDC 7362, Health Care Services Request Form, process to access health care services in accordance with California Correctional Health Care Services policy.

While the health care grievance process is an administrative means, of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care provider(s). You are encouraged to continue your care with your assigned health care provider(s) and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care provider(s) to offer and provide only the care they determine to be currently medically necessary for you in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgement of your current health care provider(s).

If you are dissatisfied with the Institutional Level Response, explain the reason in Section B of the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

_____

**D. Snell, M.D., MBA**
Chief Medical Executive
Health Care Services
High Desert State Prison

JUL 1 9 2018
_____
Reviewed and Signed Date

RECEIVED
HCCAB
SEP 1 0 2018

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA  95758



# CALIFORNIA
# HEALTH CARE SERVICES



### Headquarters' Level Response

**Closing Date:**    DEC 0 5 2018

**To:**    CHANDRADAS, DAMODAR (AV6366)
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

**From:**    California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:**    HDSP HC 18000888

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; Inmate Dental Services Program Policies and Procedures; Mental Health Services Delivery System Program Guide; Department Operations Manual.

## HEALTH CARE GRIEVANCE APPEAL SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Medication ( Pain Management ) | Pain management for hand. |
| Issue: | Scheduling ( PCP Encounter ) | To be seen by primary care provider for hand pain. |
| Issue: | Referral ( Orthopedics ) | Right hand reconstructive surgery. |

## HEADQUARTERS' LEVEL DISPOSITION

[X] No intervention.    [ ] Intervention.

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate you have received primary care provider evaluation and monitoring for your history of right hand pain. The primary care provider completed assessments, noted review of your history, current symptoms, and laboratory/imaging results, and developed a plan of care, including diagnostic tests, specialty evaluation, accommodations for lifting and work restrictions, and lower bunk housing. The primary care provider has not indicated the medical necessity for surgery at this time. You have access to over the counter pain medication from the prison canteen if needed.

---

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you are advised to utilize approved processes to access health care services in accordance with California Correctional Health Care Services policy.

California Correctional Health Care Services health care providers are trained to treat multiple types of pain in a systematic, step-wise approach based on comprehensive assessment and planning, as outlined in the CCHCS Care Guide: Pain Management. Complete pain relief is not a realistic goal. The goal is to reduce pain and improve function while avoiding significant side effects and risks associated with stronger pain medications or surgery. The assessment and monitoring of your pain is an ongoing process.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

This decision exhausts your administrative remedies.

S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

12/5/18
_____
Reviewed and Signed Date

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA 95758



### AUTHORIZATION FOR THE USE AND DISCLOSURE OF ALL MEDICAL INFORMATION

06382804

CLAIM NO: __Damodar Chandradas__

PATIENT/INJURED EMPLOYEE'S NAME: _____

### Information regarding workers' compensation HIPAA exclusion.

State Compensation Insurance Fund acknowledges the Health Insurance Portability and Accountability Act (HIPAA) requirements medical providers must follow to protect patients' privacy. Workers' compensation is specifically excluded from HIPAA regulations. Because the federal government excluded workers' compensation from HIPAA, we do not anticipate a change in how we obtain medical information from medical providers.

Under Title 45 of the Code of Federal Regulation (CFR), Part 164.512, Section (1), a medical provider may disclose protected health information to State Fund as authorized by and to the extent necessary to comply with laws relating to California's workers' compensation. The law reads as follows:

> "1) **Standard: disclosures for workers' compensation.** A covered entity may disclose protected information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault."

In addition, the Public Health Service Act, Title 42 of the United States Code, Part C, Section 300gg-91(c)(1) "Definitions", states that workers compensation is listed as an excepted benefit and therefore exempt from HIPAA.

63433 (REV. 3-11)

DISTRIBUTION-ORIGINAL TO STATE FUND
INJURED EMPLOYEE - PLEASE KEEP A COPY FOR YOUR RECORDS

Page 4 of 4

1207

n/a

Patient:     **CHANDRADAS, DAMODAR**
DOB/Age/Sex:  5/21/1988  / 30 years    / Male          CDCR: AV6366; AV6366; AV6366; AV6366; AV6366

| *Trauma* |
|---|

## Chief Complaint

Textual Results
T10:    10/1/2018 09:38 PDT (Chief Complaint)
        wants 3nd opinion for hand surgery & stronger pain meds
T11:    9/10/2018 07:42 PDT (Chief Complaint)
        c/o ongoing right knee pain 7362 OTMR s/p GI consult
T12:    7/25/2018 08:05 PDT (Chief Complaint)
        OTMR s/p hand surgeon re consult

| | | | | |
|---|---|---|---|---|
| Recorded Date | 7/5/2018 | 6/30/2018 | 6/30/2018 | 6/26/2018 |
| Recorded Time | 09:08 PDT | 17:42 PDT | 17:33 PDT | 12:48 PDT |
| Recorded By | Panos,Maria MA | Hubbard,Nancy RN | Heckard,Dayleshawda LVN | Panos,Maria MA |
| Procedure | | | | |
| Chief Complaint | TTA F/U | dizziness and neck pain | Dizziness | See Below T13 |

Textual Results
T13:    6/26/2018 12:48 PDT (Chief Complaint)
        work boots are hurting his feet, rt hand pain, new arrival.

| | | | | |
|---|---|---|---|---|
| Recorded Date | 6/11/2018 | 6/4/2018 | 5/15/2018 | 5/11/2018 |
| Recorded Time | 10:46 PDT | 09:32 PDT | 09:54 PDT | 13:47 PDT |
| Recorded By | Fletcher,Sherri RN | Bly,Harriet RN | Kokor,Winfred P&S | Villarreal,Jennifer LVN |
| Procedure | | | | |
| Chief Complaint | See Below T14 | See Below T15 | See Below T16 c1 | OTMR S/P TM CONSULT |

Textual Results
T14:    6/11/2018 10:46 PDT (Chief Complaint)
        c/o right hand tendon slipping to the outter side of his hand c/o pain and some numbness causing inability to support
        self at times
T15:    6/4/2018 09:32 PDT (Chief Complaint)
        Bottom and top of both feet hurt due to wearing brown work boots. No issue with tennis shoes, but rules at HDSP do
        not allow wearing only tennis shoes
T16:    5/15/2018 09:54 PDT (Chief Complaint)
        TELEMED FOLLOW UP WITH THE HAND SURGEON. ENCOUNTER COMPLETED 5/10/18.
        RECOMMENDATIONS REVIEWED.

Corrected Results
c1:     Chief Complaint
        Date and time corrected from 5/15/2018 09:08 PDT on 5/15/2018 09:54 PDT by Kokor, Winfred P&S
        Corrected from CHRONIC CARE AND TELEMED FOLLOW UP on 5/15/2018 09:54 PDT by Kokor, Winfred P&S

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

---

Report Request ID:  13317435                                  Print Date/Time:  12/7/2018 09:34 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

 COPY

(ORD_DME_FOLLOW_UP) secondary to an order of Foot Orthoses Temporary .

Hand Surgery Referral Request 06/26/18 13:40:00 PDT, Routine, Orthopedic Hand Specialist, S/P Right Hand Smash Injury with Tendon damage and was to have surgery but got transferred to HDSP., Ambulatory, No, No, Standard Precautions, 09/26/18 23:59:00 PDT

Medical Chronic Care (CCP) Follow Up 60 06/26/18 0:01:00 PDT, *180 days (all other chronic conditions), 12/23/18 23:59:00 PST, CCP Follow-Up in 150-180 days Asthma, Hep C.

Medical TTA Follow Up 40 10/10/18 11:40:00 PDT, *5 days, Abdur-Rahman, Salahuddin P&S, 10/10/18 23:59:00 PDT, Follow up for LLQ pain in 5 days.

Physical Therapy (PT) Additional Treatment Outpatient 10/08/18 0:01:00 PDT, Routine, PT VISIT 6 OF 6, 01/08/19 23:59:00 PST

Physical Therapy (PT) Additional Treatment Outpatient 10/24/18 13:30:00 PDT, Routine, Clarification of PT orders: 1x/wk x 6 visits to address c/o R knee pain., 01/08/19 23:59:00 PST

Physical Therapy (PT) Additional Treatment Outpatient 10/08/18 0:01:00 PDT, Routine, PT VISIT 5 OF 6, 01/08/19 23:59:00 PST

Physical Therapy (PT) Additional Treatment Outpatient 10/08/18 0:01:00 PDT, Routine, PT VISIT 3 OF 6, 01/08/19 23:59:00 PST

Physical Therapy (PT) Additional Treatment Outpatient 10/08/18 0:01:00 PDT, Routine, PT VISIT 4 OF 6, 01/08/19 23:59:00 PST

Chronos

7410 06/26/18 13:43:00 PDT

7410 (SOMS) 06/26/18 13:45:14 PDT, T, 7410 Expire Date 12/26/2018, LBO, LR, Injury Right Hand Tendon Injury recommended for surgery.

DPW= Full Time Wheelchair User Impacting Placement Placement

DPO= Intermittent Wheelchair User Impacting

DPM=Mobility Impairment Impacting Placement Placement

DLT=Requires Level Terrain NOT Impacting

DPH=Deaf/Hearing Impairment Impacting Placement Placement

DNH=Hearing Impairment NOT Impacting

Last Name CHANDRADAS          First Name DAMODAR          CDCR (Encounter Alias) AV6366
                              10/10/2018 12:02:52          3 of 8

n/a

Patient:    **CHANDRADAS, DAMODAR**
DOB/Age/Sex:  5/21/1988  / 30 years   / Male      CDCR: AV6366; AV6366; AV6366; AV6366; AV6366

| *General* |
|---|

### General

|  | Recorded Date | 6/26/2018 |
|---|---|---|
|  | Recorded Time | 13:43 PDT |
|  | Recorded By | Abdur-Rahman,Salahuddin P&S |
| Procedure |  |  |
| 7410-Other |  | N/A |

Textual Results
T5:    6/26/2018 13:43 PDT (Non-Formulary One Off Justification)
       Injury Right Hand Tendon Injury recommended for surgery.
T6:    6/26/2018 13:43 PDT (Orthopedic Condition-Upper Extremity)
       Significant upper extremity injury

Order Comments
O1:    Adm-Admission Assessment and History
       Order entered secondary to Inmate-Patient Admission
O4:    Adm-Admission Assessment and History
       Order entered secondary to Inmate-Patient Admission

| *Trauma* |
|---|

### ED Trauma Activation

|  | | | |
|---|---|---|---|
| Recorded Date | 6/30/2018 | 6/30/2018 | 6/30/2018 |
| Recorded Time | 19:18 PDT | 17:42 PDT | 17:33 PDT |
| Recorded By | Hubbard,Nancy RN | Hubbard,Nancy RN | Heckard,Dayleshawda LVN |
| Procedure |  |  |  |
| TTA-Arrival Time of Patient | - | 6/30/2018 17:42 PDT | - |
| Other Provider #1 Called | - | Abdur-Rahman, Salahuddin P&S | - |
| Other Provider #1 Called Time | - | 6/30/2018 17:50 PDT | - |
| Other Provider #1 Arrive Time | 6/30/2018 18:54 PDT | - | - |
| TTA-Category | Non-urgent | - | - |
| Location of incident | - | B5-206 f1 | - |
| Fr-Location of Incident | - | - | In cell |
| Fr-Date and Time of Incident | - | 6/30/2018 17:18 PDT | 6/30/2018 17:25 PDT |
| Fr-Time TTA notified | - | 17:35:00 f2 | - |

Result Comments
f1:    Location of incident
       Walked to Clinic with c/o dizziness. Code was called at B Clinic
f2:    Fr-Time TTA notified
       Noted via phone by Rover RN Kingsley

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab
---

Report Request ID:  13317435                          Print Date/Time:  12/7/2018 09:34 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

COPY

SATF - California Substance Abuse Treatment Facility

Patient: **CHANDRADAS, DAMODAR**
DOB/Age/Sex: 5/21/1988 / 29 years    / Male          CDCR: AV6366

## *Clinical Diagnoses*

Diagnosis: **Psychotic disorder** (Qualifier: )
**Last Reviewed Date:** 5/3/2018 09:56 PDT; Powell,Kayleen    **Responsible Provider:** Tyler,Melinda Psychiatrist
RN
**Diagnosis Date:** 11/7/2017                    **Status:** Inactive
**Clinical Service:** Non-Specified; **Classification:** Mental Health; **Confirmation:** Confirmed; **Code:** F29 (ICD-10-CM);
**Ranking:** ; **Severity:** ; **Severity Class:** ; **Type:** Discharge; **Priority:**

Diagnosis: **Right hand pain** (Qualifier: )
**Secondary Description:**
**Last Reviewed Date:** 5/3/2018 09:56 PDT; Powell,Kayleen    **Responsible Provider:** Kokor,Winfred P&S
RN
**Diagnosis Date:** 2/23/2018                    **Status:** Active
**Clinical Service:** Non-Specified; **Classification:** Nursing; **Confirmation:** Confirmed; **Code:** M79.641 (ICD-10-CM);
**Ranking:** ; **Severity:** ; **Severity Class:** ; **Type:** Discharge; **Priority:**

## *Family History*

Last Update: 3/29/2018 12:28 PDT by Trevino,Victor Social Worker

**Father:** Alive
Condition                                          Age of Onset      Life Cycle        Severity
Emotional problems                      Positive

## *Past Medical History*

No data exists for this section

## *Social History*

**Alcohol**
    **Detail:** Current Daily, Liquor, Daily, Withdrawal Symptoms Present No. (Last Update: 3/29/2018 12:29 PDT by Trevino,
    Victor Social Worker)

**Employment/School**
    **Detail:** Highest education level: High school. Behavioral Problems in School Yes. Special Education Classes Yes, Special
    ED classes and IEP.. Work History Periodic. Income Source Work. Employed, Employment/School description: Youth
    Center, Retail, Body Shop. Activity level: Moderate physical work. (Last Update: 3/29/2018 12:32 PDT by Trevino,Victor
    Social Worker)

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  8260488                              Print Date/Time:  5/10/2018 10:25 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

EXHIBIT___I

DESCRIPTION OF EXHIBITS:

1) Health Care Services Headquarters' Level Response, 12/05/2018.


Number of pages to this exhibit---2.

JURISDICTION:State Supreme Court.



# CALIFORNIA
# HEALTH CARE SERVICES



## Headquarters' Level Response

**Closing Date:**  DEC 0 5 2018

**To:**  CHANDRADAS, DAMODAR (AV6366)
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

**From:**  California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:**  HDSP HC 18001189

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; Inmate Dental Services Program Policies and Procedures; Mental Health Services Delivery System Program Guide; Department Operations Manual.

## HEALTH CARE GRIEVANCE APPEAL SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| Issue: Referral ( Orthopedics ) | To receive a second opinion on your hand issue. |

## HEADQUARTERS' LEVEL DISPOSITION

[X] No intervention.    [ ] Intervention.

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate you have received primary care provider evaluation and monitoring for your history of right hand pain. The primary care provider completed assessments, noted review of your history, current symptoms, and laboratory/imaging results, and developed a plan of care, including diagnostic tests, specialty evaluation, accommodations for lifting and work restrictions, and lower bunk housing. The primary care provider has not indicated the medical necessity for surgery or for an additional orthopedic referral at this time. You have access to over the counter pain medication from the prison canteen if needed.

---

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

D.CHANDRADAS, AV6366
HDSP HC 18001189
Page 2 of 2

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you are advised to utilize approved processes to access health care services in accordance with California Correctional Health Care Services policy.

There is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically or clinically necessary health care services. Patients shall be accorded impartial (equal, unbiased) access to treatment or accommodations that are determined to be medically or clinically indicated, based on the patient's individual presentation, history, and exam findings, in accordance with appropriate policies and procedures.

Specialty providers may not order additional diagnostic tests, specialty services, or make referrals directly. The primary care provider is responsible to determine the necessity for all specialist recommendations; however, the primary care provider is under no obligation to provide the recommended treatment and may choose an alternate strategy. In addition, some services require prospective review prior to services being rendered.

California Correctional Health Care Services health care providers are trained to treat multiple types of pain in a systematic, step-wise approach based on comprehensive assessment and planning, as outlined in the CCHCS Care Guide: Pain Management. Complete pain relief is not a realistic goal. The goal is to reduce pain and improve function while avoiding significant side effects and risks associated with stronger pain medications or surgery. The assessment and monitoring of your pain is an ongoing process.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

This decision exhausts your administrative remedies.

_____

S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

12/5/18
_____
Reviewed and Signed Date

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

HEALTH CARE SERVICES

P.O. Box 588500
Elk Grove, CA 95758

EXHIBIT___J

DESCRIPTION OF EXHIBITS:

1) Rules Violation Report dated 10/03/2018, by T. Fountain# 48468,
   (Correctional Officer)

Number of pages to this exhibit---1.

JURISDICTION: State Supreme Court





CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# RULES VIOLATION REPORT

| CDC NUMBER AV6366 | INMATE'S NAME CHANDRADAS, DAMODAR | EPRD 03/02/2034 | FACILITY HDSP-Facility B | HOUSING LOCATION HDSP-B - B 005 2 - 206001L |
|---|---|---|---|---|
| VIOLATION DATE 10/03/2018 | VIOLATION TIME 06:30:00 | | VIOLATION LOCATION HDSP-Facility B - RVR - DINING | WITH STG NEXUS No |

Did the reporting employee ensure the inmate understands (to the best of his/her ability) the consequences of the continued misconduct? N/A

Did the reporting employee take into consideration the severity of the inmate's disability and the need for adaptive support services when determining the method of discipline? N/A

CIRCUMSTANCES OF VIOLATION

On Wednesday, October 3,2018, at approximately 0620 hours, Inmate Chandradas CDCR# AV6366, walking around kitchen area instead of helping out getting equipment and tools ready in the scullery area so we can start dining release. As soon as we started the meal release at approximately 0640 hours, Chandradas needs to use the restroom. At approximately 0700 hours, as the Officers were releasing each row to leave the dining hall he needs to use the restroom again. He states to me he has a medical condition that requires him to need to use the restroom so often. This places all the work to be done by the other two workers in the scullery by themselves while he's gone. Chandradas also has stated to me that he has a medical restriction with the use of his hands. I contacted Counselor Wiser in Building Five, and he stated to me that Chandradas does have weight restriction of 60 pounds, but nothing showing why he would need to use the restroom so often. I have accommodated his needs while he was assigned as a lineserver, I never made him lift the heavy buckets of water to help with cleaning whether it was the serving line or the floors, then I would catch him working out on B-side dining area or laying around on the tables while everyone else was cleaning. So I would run him out of that area to help the other workers sweep up the other side. On Saturday, September 29,2018, at approximately 0625 hours, I verbally counseled him about being ready for work on time. Also, on this day during dining release, he had to use the restroom three times. If this behavior continues I would like him to be seen by Committee to have him removed from his job assignment in B- Dining.

PERSN# 48468
C/O T. Fountain

| REPORTING EMPLOYEE T. Fountain | TITLE C/O | ASSIGNMENT 201308 | RDO S/M | DATE: 10/03/2018 |
|---|---|---|---|---|

| RVR LOG NUMBER: 000000005788947 | VIOLATED RULE NUMBER: 3001 |
|---|---|
| SPECIFIC ACT: Failure to meet program/work expectations | |

EXHIBIT___K


DESCRIPTION OF EXHIBITS:

1) Rules Violation Report dated 10/06/2018, by T. Fountain # 48468,
   (Correctional Officer) LOG: 000000005811350.



Number of pages to this exhibit---1.



JURISDICTION: State Supreme Court.



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# RULES VIOLATION REPORT

| CDC NUMBER AV6366 | INMATE'S NAME CHANDRADAS, DAMODAR | EPRD 03/02/2034 | FACILITY HDSP-Facility B | HOUSING LOCATION HDSP-B - B 005 2 - 206001L |
|---|---|---|---|---|
| VIOLATION DATE 10/06/2018 | VIOLATION TIME 06:00:00 | | VIOLATION LOCATION HDSP-Facility B - RVR - DINING | WITH STG NEXUS No |

Did the reporting employee ensure the inmate understands (to the best of his/her ability) the consequences of the continued misconduct? N/A

Did the reporting employee take into consideration the severity of the inmate's disability and the need for adaptive support services when determining the method of discipline? N/A

CIRCUMSTANCES OF VIOLATION

On Saturday, October 06,2018, at approximately 0600 hours, Inmate Chandradas, CDCR #AV6366, who is assigned to work in B-Dining scullery, failed to be ready for work when workers were called in. I have told him on numerous occasions to be ready at 0600 hours, he tells me he was ready, but when I talk to the Building Five Control Booth Officer, they tell me he's getting ready slowly. By showing up late to work he doesn't have to help set up the scullery machine, and get their equipment ready for dining release. Morning meal release started at 0635 hours today, Chandradas needed to use the restroom, at 0700 hours as dining hall is releasing Building 5 inmates back to Building 5, Chandradas needs to use the restroom again, and returns to the scullery after the dining hall is empty so he didn't have to do any work in the scullery. At 0725 hours, he needs to use the restroom as we are releasing Building 4 inmates out of the dining hall, again so he doesn't have to help out in the scullery. At 0745 hours, and 0800 hours, were the last times I monitored his visits to the restroom during dining release. On Friday, October 5,2018, at 0600 hours, I called for dining workers and Chandradas arrived ten minutes later than the other inmate worker from his building, I told him he needed to be ready on time. Morning dining release started at 0630 hours, and Chandradas needed to use to restroom, I told him he should have went when he come in to work. At 0725 hours, as we releasing a building he needs to use the restroom again, doesn't come back to the scullery until the building is out, he didn't have to do any work. At 0800 hours, he's using the restroom again. At 0900 hours, when clean up was being done in the scullery, he was pushing a broom for two minutes, and then sat down on top of a table. At 0920 hours as I was conducting my tray count, he comes over to where I was and tells me they are almost threw with the clean up in the scullery as if he had been in there cleaning, which he hadn't. On October 4,2018, a 128 counseling chrono was issued stating that if this behavior continued a CDCR-115 will be written to have him removed from his job assignment in B-Dining. I am asking that he be seen by Classification committee to have him removed from his job assignment.

PERSN# 48468
C/O T. Fountain

| REPORTING EMPLOYEE T. Fountain | TITLE C/O | ASSIGNMENT 201308 | RDO S/M | DATE: 10/06/2018 |
|---|---|---|---|---|

| RVR LOG NUMBER: 000000005811350 | VIOLATED RULE NUMBER: 3041(a) |
|---|---|

EXHIBIT____L

DESCRIPTION OF EXHIBITS:

1) Rules Violation Report Dated 10/13/2018, by T. Fountain # 48468,
   ( Correctional Officer) LOG: 000000005853149.


 Number ofd pages to this exhibit---1.


JURISDICTION: State Supreme Court.



**CALIFORNIA DEPARTMENT of Corrections and Rehabilitation**

# RULES VIOLATION REPORT

| CDC NUMBER AV6366 | INMATE'S NAME CHANDRADAS, DAMODAR | EPRD 03/02/2034 | FACILITY HDSP-Facility B | HOUSING LOCATION HDSP-B - B 005 2 - 206001L |
|---|---|---|---|---|
| VIOLATION DATE 10/13/2018 | VIOLATION TIME 06:00:00 | VIOLATION LOCATION HDSP-Facility B - RVR - DINING | | WITH STG NEXUS No |

Did the reporting employee ensure the inmate understands (to the best of his/her ability) the consequences of the continued misconduct? N/A

Did the reporting employee take into consideration the severity of the inmate's disability and the need for adaptive support services when determining the method of discipline? N/A

CIRCUMSTANCES OF VIOLATION
On Saturday, October 13, 2018, at approximately 0600 hours, Inmate Chandradas, CDCR# AV6366, failed to report to work as required. He didn't report to work on the following days also, October 10,11, and 12th,2018, and has received "A-Days" for each day. He has received a CDCR-128A, on October 3, 2018, for failure to work expectations, and he received a CDCR-115,on October 6,2018, for failure to work expectations. He has received a negative CDCR-101 work evaluation. I would like Chandradas to be seen by Committee to have him removed from his job assignment in B-Dining.

PERSN# 48468
B-Dining Officer, T. Fountain

| REPORTING EMPLOYEE T. Fountain | TITLE C/O | ASSIGNMENT 201308 | RDO S/M | DATE: 10/13/2018 |
|---|---|---|---|---|

| RVR LOG NUMBER: 000000005853149 | VIOLATED RULE NUMBER: 3041(a) |
|---|---|
| SPECIFIC ACT: Refusal to work | |

| CLASSIFICATION | |
|---|---|
| LEVEL: Serious | OFFENSE DIVISION: Division F |
| REFERRED TO: Senior Hearing Officer | FELONY PROSECUTION LIKELY: No |

| REVIEWING SUPERVISOR N. Roderick | TITLE Sergeant | DATE 10/14/2018 |
|---|---|---|

| CLASSIFIED BY | TITLE | DATE |
|---|---|---|

EXHIBIT___M

DESCRIPTION OF EXHIBITS:

1) Medical Lay-In, dated 10/10/2018-10/31/2018


Number of pages to this exhibit:---1.


JURISDICTION:State Supreme Court.

Lay In - Text                                        CHANDRADAS, DAMODAR - AV6366

Lay-In Entered On: 10/10/2018 12:00 PDT
Performed On: 10/10/2018 11:59 PDT by Miranda, Rafael PA

**Lay-In**
*Restricted Work Start Date :* 10/10/2018 PDT
*Restricted Work Stop Date :* 10/31/2018 PDT
*Work Status Comment :* Work excuse note. Off work for medical reasons-until medically cleared.
                                               Miranda, Rafael PA - 10/10/2018 11:59 PDT

| | |
|---|---|
| Result type: | Lay-In - Text |
| Result date: | October 10, 2018 11:59 PDT |
| Result status: | Auth (Verified) |
| Result title: | Lay-In |
| Performed by: | Miranda, Rafael PA on October 10, 2018 11:59 PDT |
| Verified by: | Miranda, Rafael PA on October 10, 2018 11:59 PDT |
| Encounter info: | 10000004012126527AV6366, HDSP, Institutional Encounter, 05/31/18 - |

Printed by:    Miranda, Rafael PA                          Page 1 of 1
Printed on:    10/10/2018 12:01 PDT                     (End of Report)

EXHIBIT___N

DESCRIPTION  OF EXHIBITS:

1)Rules Violatiojn Report dated 11/01/2018 by T. Fountain # 48468
  (Correctional Officer) GO LOG: 000000005967246.


  Number of Pages to this exhibit---1.


  JURISDICTION: State Supreme Court.



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# RULES VIOLATION REPORT

| CDC NUMBER AV6366 | INMATE'S NAME CHANDRADAS, DAMODAR | EPRD 03/02/2034 | FACILITY HDSP-Facility B | HOUSING LOCATION HDSP-B - B 005 2 - 206001L |
|---|---|---|---|---|
| VIOLATION DATE 11/01/2018 | VIOLATION TIME 06:00:00 | VIOLATION LOCATION HDSP-Facility B - RVR - DINING | | WITH STG NEXUS No |

Did the reporting employee ensure the inmate understands (to the best of his/her ability) the consequences of the continued misconduct? N/A

Did the reporting employee take into consideration the severity of the inmate's disability and the need for adaptive support services when determining the method of discipline? N/A

CIRCUMSTANCES OF VIOLATION

On Thursday, November 1,2018, at approximately 0600 hours, Inmate Chandradas, CDCR#AV6366, who is assigned to work in B-Dining refused to do his job assignment as a table wipe. I asked him why he couldn't work as a table wipe, he stated because of his hand. I told him he only has a limitation of lifting over 60 pounds, and that the table wipe job is the easiest job in the dining hall. He then asked if he could pass out cake on the serving line, I told him we don't serve cake at breakfast, he then wanted to know if he ladle food on the serving line, I said that the same type of motion to ladle food onto trays, as it is to wipe off tables. He said he didn't want to wipe tables, so I sent him back to his building. I have tried to accommodate him in every way, but it never is good enough for him. Seems like he really just doesn't want to work. During the month of October 2018, he got a medical lay-in from work, from October 10th through the October 31,2018, he never notified me or his building staff about this lay-in, so I had been giving him "A Days", and writing him up for missing work. I only found out about his lay-in on October 26,2018. His job description that he signed states that he is to notify his work supervisor immediately and he never did. I would like Chandradas to be seen by Committee to have him unassigned from his job assignment in B-Dining.

PERNR# 48468
C/O T. Fountain

| REPORTING EMPLOYEE T. Fountain | TITLE C/O | ASSIGNMENT 221308 | RDO S/M | DATE: 11/01/2018 |
|---|---|---|---|---|

| RVR LOG NUMBER: 000000005967246 | VIOLATED RULE NUMBER: 3041(a) |
|---|---|
| SPECIFIC ACT: Refusal to perform assigned duties | |

| CLASSIFICATION | |
|---|---|
| LEVEL: Serious | OFFENSE DIVISION: Division F |
| REFERRED TO: Senior Hearing Officer | FELONY PROSECUTION LIKELY: No |

EXHIBIT___D

DESCRIPTION OF EXHIBITS:
1) Medical Lay-In-Order (yellow slip) dated11/01/2018. (CDCC. 7257)


Number of pages to this exhibit---1/yellow slip document.


JURISDICTION: State Supreme Court.

EXHIBIT___P

DESCRIPTION OF EXHIBITS:

1) RULES Violation Report dated 11/16/2018, by T. Fountain #48468
   (Correctional Officer) LOG:000000006053545.


   Number of Pages To This Exhibit___1.


   JURISDICTION: State Supreme Couft.



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# RULES VIOLATION REPORT

| CDC NUMBER AV6366 | INMATE'S NAME CHANDRADAS, DAMODAR | EPRD 03/02/2034 | FACILITY HDSP-Facility B | HOUSING LOCATION HDSP-B - B 005 2 - 206001L |
|---|---|---|---|---|
| VIOLATION DATE 11/16/2018 | VIOLATION TIME 08:30:00 | VIOLATION LOCATION HDSP-Facility B - RVR - DINING | | WITH STG NEXUS No |

Did the reporting employee ensure the inmate understands (to the best of his/her ability) the consequences of the continued misconduct? N/A

Did the reporting employee take into consideration the severity of the inmate's disability and the need for adaptive support services when determining the method of discipline? N/A

CIRCUMSTANCES OF VIOLATION
On Friday, November 16, 2018, at approximately 0330 hours, I saw Inmate Chandradas on B-side dining area getting ready to eat his breakfast meal. I asked him to go back over to A-side dining area to eat because no one except the scullery workers were to be over on that side so they could finish their work. He picked up his Kosher bag and went to A-side, and as soon as I turned to walk towards the kitchen he went back over to B-side area through the scullery, and as I opened the A-side dining door to B-side, Chandradas went back through the scullery to A-side. Again as I walked through A-side dining area towards the kitchen he went back through the scullery over to B-side dining area, I had to release three dining workers to B2- Medical, Chandradas walks up to me and asks why he can't go on the other side, again I explained to him no one goes over there except the scullery workers so they can do their work. Approximately ten minutes later I was walking up to the dining door to let the three returning dining workers in at the patio gate, and Chandradas was over on the other side, so I radioed for B Yard S&E's to come down to the dining hall to escort Chandradas out. While I was waiting for the S&E's to come, Chandradas kept accussing me of harassing him, I told him it's not harassing when I've has to tell him five times to not go over to the other dining area. B yard S&E's came in and searched him and escorted him out of the dining hall. I would like Chandradas to be seen by Committee to have him unassigned from his job assignment in B-Dining.

PERNR# 48468
C/O T. Fountain

| REPORTING EMPLOYEE T. Fountain | TITLE C/O | ASSIGNMENT 221308 | RDO S/M | DATE: 11/16/2018 |
|---|---|---|---|---|

| RVR LOG NUMBER: 000000006053545 | VIOLATED RULE NUMBER:  3005(b) |
|---|---|
| SPECIFIC ACT:  Disobeying an Order | |

CLASSIFICATION

| LEVEL:  Serious | OFFENSE DIVISION:  Division F |
|---|---|

EXHIBIT___Q

DESCRIPTION OF EXHIBITS:

1) Office of appeals response dated 10/29/2019, Local Log No.: HDSP-19-00005
   TLR Case No.: 1818990

2) Grievance dated 12/09/2018 LOG:HDSP-B-18-04705.

3) Grievance dated 12/30/2018 LOG: HDSP-B-19-0005 (2 pages)


Number of pages to this exhibit---4.


JURISDICTION: State Supreme Court.

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                      GAVIN NEWSOM, GOVERNOR

**OFFICE OF APPEALS**
P.O. Box 942883
Sacramento, CA  94283-0001



MAILED

NOV - 4 2019

Date:    OCT 2 9 2019

CHANDRADAS, DAMODAR, AV6366
California State Prison, Corcoran
P.O. Box 8800
Corcoran, CA 93212

re: TLR Case No.: 1818990        Local Log No.: HDSP-19-00005

Dear Mr./Ms. CHANDRADAS,

The California Department of Corrections and Rehabilitation (CDCR) Office of Appeals (OOA) has received your request for an appeal of your grievance. This office provides the final decision under the law, as an exhaustion of your administrative remedies available within CDCR when grieving an issue.

California Code of Regulations, Title 15, section 3084.8 (c)(3) allows OOA 60 working days to complete a Third Level Response. Due to the expiration of time, OOA will not be issuing a Third Level Response to your inmate appeal.  Your grievance is now considered exhausted for legal purposes and you should not resubmit this grievance or appeal to this office.

This action by OOA does not excuse you from exhausting any other administrative remedies that may be required or available to you in relation to your particular claim, including, but not limited to, the Department of General Services Government Claims Program, the Department of Fair Employment and Housing, and the Equal Employment Opportunity Commission.

Sincerely,

Office of Appeals
California Department of Corrections & Rehabilitation

cc:    Litigation Coordinator

EXHIBIT___R

DESCRIPTION OF EXHIBITS:

1) CDC-SATF-3066-IM (INMATE EMPLOYEE REPORT TO SUPERVISOR OF JOB RELATED INJURY OR ILLNESS).

2) WORKER"S COMPENSATION CLAIN FORM(dwc 1).


NUMBER OF PAGES TO THIS EXHIBIT___2.


JURISDICTION: State Supreme Court.

## INMATE EMPLOYEE REPORT TO SUPERVISOR OF JOB RELATED INJURY OR ILLNESS

INMATE EMPLOYEE; Complete this form and deliver it to your supervisor immediately-following a job-related
injury or diagnosed illness, suspicion of exposure to infectious disease, or other medical condition believed to be job-
related, (Please print all information when filling out this form)

Inmate: DAMODAR  HANDRADAS         CDC Number: AV6326        Work Position No.: 07
                Print Full Name

SSN #: 611 - 12 - 0163    Supervisor: MACIAS               Title: Distribution

### REPORT INDICATES THIS WHETHER I CLAIM A JOB-RELATED INJURY OR ILLNESS AS NOTED BELOW:

Date of Injury: 02 / 05 / 18    Time: 1345 PM    Work Area: Distribution

- What job duties were you performing when injured? Loading carts
- How did the accident or exposure occur? Smashed my hand between carts
- What object or substance directly injured you? Food carts
- Describe the injury/illness: fourth finger tendon (severed, permanent swelling

### INMATE EMPLOYEE; READ CAREFULLY, THEN CHECK ONLY ONE (REQUIRED) BELOW:

☐  0.  Non-job related          I do not claim my injury or illness arose out of my employment.

☐  1.  Non-reportable injury     This is a minor job-related injury which did not caused me to lose any
       or illness               work time and I do not expect to need any medical treatment other than
                                First Aid I may have already received. If any complications should
                                develop as a result of this injury, I understand I will need to report this to
                                my supervisor immediately.

☑  2.  Reportable injury or     This is a job-related injury. I believe I will require medical attention other
       illness                  than First Aid and/or believe I will miss work time (other than the day of
                                injury) because of this injury.

☐  3.  Suspected exposure       I believe I may have been exposed to an infectious disease. I understand
                                it is my responsibility to report this within 48 hours of occurrence.

☐  4.  Diagnosed exposure       I believe my diagnosed illness is job-related. I understand it is my
                                responsibility to report this immediately.

### INFORMATION NEEDED ONLY IF YOU CHECKED 1, 2, 3, OR 4 ABOVE – MUST BE COMPLETED.

DOB: 05 / 21 / 73    Hire Date: ___ / ___ / ___    Supervisor's extension: _____

Work Hours: 0300 to 1400    Hourly Wages: .03 $    Housing Information: _____

### SIGNATURE REQUIRED

_____         _____    7-23-18
Inmate Employee's Signature    Date    Supervisor's Signature    Date

CDC SATF 3066 IM

State of California
Department of Industrial Relations
DIVISION OF WORKERS' COMPENSATION

WORKERS' COMPENSATION CLAIM FORM (DWC 1)

Estado de California
Departamento de Relaciones Industriales
DIVISION DE COMPENSACIÓN AL TRABAJADOR

PETITION DEL EMPLEADO PARA DE COMPENSACIÓN DEL TRABAJADOR (DWC 1)

Employee: Complete the "Employee" section and give the form to your employer. Keep a copy and mark it "Employee's Temporary Receipt" until you receive the signed and dated copy from your employer. You may call the Division of Workers' Compensation and hear recorded information at (800) 736-7401. An explanation of workers' compensation benefits is included in the Notice of Potential Eligibility, which is the cover sheet of this form. Detach and save this notice for future reference.

You should also have received a pamphlet from your employer describing workers' compensation benefits and the procedures to obtain them. You may receive written notices from your employer or its claims administrator about your claim. If your claims administrator offers to send you notices electronically, and you agree to receive these notices only by email, please provide your email address below and check the appropriate box. If you later decide you want to receive the notices by mail, you must inform your employer in writing.

Empleado: Complete la sección "Empleada" y entregue la forma a su empleador. Quédese con la copia designada "Recibo Temporal del Empleado" hasta que Ud. reciba la copia firmada y fechada de su empleador. Ud. puede llamar a la Division de Compensación al Trabajador al (800) 736-7401 para oír información grabada. Una explicación de los beneficios de compensación de trabajadores está incluido en la Notificación de Posible Elegibilidad, que es la hoja de portada de esta forma. Separe y guarde esta notificación como referencia para el futuro.

Ud. también debería haber recibido de su empleador un folleto describiendo los beneficios de compensación al trabajador lesionado y los procedimientos para obtenerlos. Es posible que reciba notificaciones escritas de su empleador o de su administrador de reclamos sobre su reclamo. Si su administrador de reclamos ofrece enviarle notificaciones electrónicamente, por usted acepta recibir estas notificaciones solo por correo electrónico, por favor proporciona su dirección de correo electrónico abajo y marque la caja apropiada. Si usted decide después que quiere recibir las notificaciones por correo, usted debe de informar a su empleador por escrito.

Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony.

Toda aquella persona que a propósito haga o cause que se produzca cualquier declaración o representación material falsa o fraudulenta con el fin de obtener o negar beneficios o pagos a trabajadores lesionados es culpable de un crimen mayor "felonia".

Employee—complete this section and see note above.    Empleado—complete esta sección y note la notación arriba.
1. Name. Nombra. DAMODAR CHANDANA    Today's Date. Fecha de Hoy. 4/7/18
2. Home Address. Dirección Residencial. P. O. BOX # 5242
3. City. Ciudad. VARELTON    State. Estado. CA    Zip. Código Postal. 93212
4. Date of Injury. Fecha de la lesión (accidente). 2/05/18-18    Time of Injury. Hora en que ocurrió. ___ a.m. 1:45 p.m.
5. Address and description of where injury happened. Dirección/lugar dónde ocurrió el accidente. STATE/CENTRAL PLAZA #5242
D/A/d /rental Kitchen Conious CA 93212 while emptied out of utensils offered in
6. Describe injury and part of body affected. Describa la lesión y parte del cuerpo afectada. Thrl knucle medium Tear ]
the trail rental d/drawer of Rent utensil Personal worker compensation
7. Social Security Number. Número de Seguro Social del Empleado. 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
8. ☑ Check if you agree to receive notices about your claim by email only. ☐ Marque si usted acepta recibir notificaciones sobre su reclamo solo por correo electrónico. Employee's e-mail.    Correo electrónico del empleado.
You will receive benefit notices by regular mail if you do not choose, or your claims administrator does not offer, an electronic service option. Usted recibirá notificaciones de beneficios por correo ordinaria si usted no escoge, o su administrador de reclamos no la ofrece, una opción de servicio electrónico.
9. Signature of employee. Firma del empleado. ____

Employer—complete this section and see note below. Empleador—complete esta sección y note la notación abajo.
10. Name of employer. Nombre del empleador. S A T E P Christina CA
11. Address. Dirección. 900 Ocober Dive
12. Date employer first knew of injury. Fecha en que el empleador supo por primera vez de la lesión o accidente. 2-05 Never Bunal
13. Date claim form was provided to employee. Fecha en que se le entregó al empleado la petición. Unknown
14. Date employer received claim form. Fecha en que el empleado devolvió la petición al empleador. 7-23-10
15. Name and address of insurance carrier or adjusting agency. Nombre y dirección de la compañía de seguros o agencia administradora de seguros.
State Compensation Insurance Fund, PO BOX 3171, Suisun City, CA 94585
16. Insurance Policy Number. El número de la póliza de Seguro.
17. Signature of employer representative. Firma del representante del empleador. ____
18. Title. Título. C.S.C.    19. Telephone. Teléfono. 559-593-7114

Employer: You are required to date this form and provide copies to your insurer or claims administrator and to the employee, dependent or representative who filed the claim within one working day of receipt of the form from the employee.

SIGNING THIS FORM IS NOT AN ADMISSION OF LIABILITY

Empleador: Se requiere que Ud. feche esta forma y provéa copias a su compañía de seguros, administrador de reclamos, o dependiente/representante de reclamos y al empleado que hayan presentado esta petición dentro del plazo de un día hábil desde el momento de haber sido recibida la forma del empleado.

EL FIRMAR ESTA FORMA NO SIGNIFICA ADMISION DE RESPONSABILIDAD

☐ Employer copy/Copia del Empleador  ☐ Employee copy/Copia del Empleado  ☐ Claims Administrator/Administrador de Reclamos  ☐ Temporary Receipt/Recibo del Empleado

Rev. 1/1/2016    e3301 (Rev. 09/15) DWC Form 1

EXHIBIT___S

DESCRIPTION OF EXHIBITS:

1) Grievance response/ First level response dated 06/06/2018, LOG: SATF-E-18-2779.

NUMBER OF PAGES TO THIS EXHIBIT---5.

NUMBER OF PAGES TO THIS EXHIBIT

JURISDICTION: State Supreme Court.

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
California Substance Abuse Treatment Facility and State Prison at Corcoran
900 Quebec Ave.
P.O. Box 7100
Corcoran, CA 93212



Attachment L

June 6, 2018

Chandradas AV6366
California Substance Abuse Treatment Facility and State Prison at Corcoran
P.O. Box 7100
Corcoran, Ca. 93212

**APPEAL LOG # SATF-E-18-2779**
**FIRST LEVEL RESPONSE**

**APPEAL ISSUE:** In this, your First Level CDCR 602 appeal, you request that Correctional Supervising Cook (CSC) L. Macias fill out and submit Workers' Compensation claim forms that you mailed to him via the Substance Abuse Treatment Facility's institutional mail.

You request that CSC Macias is reprimanded for misconduct for not filling out and submitting the forms you mailed to him. You also request that CSC Macia's personnel file shows documentation of misconduct.

You request that no form of retaliation is directed toward you for utilizing the grievance process.

**INTERVIEW:** On Tuesday, June 6, 2018, you were interviewed by T. Holmes, Correctional Sergeant, regarding this First Level appeal. I contacted you via telephone at High Desert State Prison. You were afforded the opportunity to further explain your issue and to provide any supporting evidence or documents. A review of the Disability & Effective Communication System (DECS) indicates you do not meet the criteria for the Developmental Disability Program at any level of care and have a TABE score of 9.0. Effective communication was obtained by our mutual ability to ask and respond appropriately to questions regarding this appeal.

During the interview I asked if the Workers' Compensation forms that you received, attached to the April 27, 2018, Appeal Response SATF-E-2189, were the same forms you mailed to CSC Macias. You stated that, "yes" those were the same forms. I informed you that I had spoken with CSC Macias regarding the Workers' Compensation claim forms that you mailed him. I explained that CSC Macias stated he had not received them. You stated that you made copies of those forms before you mailed them to CSC Macias.

Chandrada AV6366
Log # SATF-E-18-2779

**SUMMARY:** Your appeal, the attachments, The California Code of Regulations Title 15 and the Department Operations Manual has been reviewed.

**DECISION:** Based on the above information, your appeal is **PARTIALLY GRANTED** at the First Level of Review.

**DENIED:** CSC L. Macias did not receive the Workers' Compensation forms you stated you mailed to him via the Substance Abuse Treatment Facility's institutional mail. Therefore, CSC Macias could not fill out and submit Workers' Compensation claim forms, the action that you requested in this appeal.

**DENIED:** CSC L. Macias will not be reprimanded as this is outside the scope of the appeals process.

**GRANTED:** No retaliation will be taken against you for filing this first level Inmate/Parolee Appeal CDCR 602.

T. Holmes

T. HOLMES
Correctional Sergeant
CSATF/SP

S. HACKER
Associate Warden
CSATF/SP

CSATF APPEALS
JUL 02 2018

EXHIBT___T

DESCRIPTION OF EXHIBITS:

1) Medical document, Trauma sectiuo(marked in red).

NUMBEER OF PAGES TO THIS EXHIBIT:---1.

JURISDICTION: State Supreme Court.

SATF - California Substance Abuse Treatment Facility

Patient:        **CHANDRADAS, DAMODAR**
DOB/Age/Sex:  5/21/1988  / 29 years    / Male            CDCR: AV6366

| *Pain* |
|---|

**Primary Pain Assessment**

|  |  |
|---|---|
| Recorded Date | 2/23/2018 |
| Recorded Time | 09:33 PST |
| Recorded By | Fishburn,Monica RN |
| Procedure |  |
| Primary Pain Time Pattern | Constant |
| Primary Pain Quality | Aching |

**General Pain Assessment**

|  |  |
|---|---|
| Recorded Date | 2/23/2018 |
| Recorded Time | 09:33 PST |
| Recorded By | Fishburn,Monica RN |
| Procedure |  |
| General Pain Location | Finger |

| *General* |
|---|

No data exists for this section

| *Trauma* |
|---|

**Chief Complaint**

|  |  |
|---|---|
| Recorded Date | 2/23/2018 |
| Recorded Time | 09:33 PST |
| Recorded By | Fishburn,Monica RN |
| Procedure |  |
| Chief Complaint | See Below T1 |

Textual Results
T1:    2/23/2018 09:33 PST (Chief Complaint)
        three weeks ago smashed hand between two carts

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  8260488                    Print Date/Time:  5/10/2018 10:25 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Patient Name: CHANDRADAS, DAMODAR                                                                    MRN: AV6366
Date of Birth: 5/21/1988 00:00 PDT                                                                   FIN: 1000001112126527AV6366

* Auth (Verified) *

6984615

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Damodar Chandradas | AV6366 | B1-247L |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 2/21/2018 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had
The Problem) I think I fractured my hand and it is limiting my cap: capability
to grab certain objects even picking them up, or eating, also I'm in
Pain and I need to see a doctor if possible. Thank You.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON
BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                                              Pain Scale:  1   2   3   4   5   6   7   8   9   10

O:    T:        P:        R:        BP:        WEIGHT:

A:

P:
☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

Patient Name: CHANDRADAS, DAMODAR
Date of Birth: 5/21/1988 00:00 PDT

MRN: AV6366
FIN: 37490; 1000000111212126527AV6366; 1000000321212126527AV6366; 38254; 10000004012126527AV6366

\* Auth (Verified) \*

*Our date · 5/16/18*

STATE OF CALIFORNIA

**HEALTH CARE SERVICES**
**PHYSICIAN REQUEST FOR SERVICES**    Route to UM
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

DEPARTMENT OF CORRECTIONS

| | | | |
|---|---|---|---|
| PATIENT NAME CHANDRADAS, DAMODAR | CDC NUMBER AV6366 | INSTITUTION SATF | |
| DATE OF BIRTH 5/21/88 | EPRD DATE | GENDER MALE | |
| PRINCIPLE DIAGNOSIS RIGHT HAND INJURY | ICD-9 CODE | CPT CODES | |
| REQUESTED SERVICE(S) ORTHOPEDIC (HAND SURGEON) | | # OF DAYS RECOMMENDED | |

*Please circle all that apply:* CONSULTATION    OUTPATIENT    INITIAL

Requested Treatment/Service is: ◯EMERGENT    ●URGENT / ◯ROUTINE

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: DR. FOERSTER    Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (*briefly describe the clinical situation, the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*): PATIENT INJURED HIS HAND WORKING IN THE KITCHEN 2/2018. 4TH FINGER DEFORMITY AND PAIN WITH INABILITY TO FULLY FLEX FINGER, IMAGING (MRI) COMPLETED SHOWED 4TH MCP JOINT INJURY WITH INVOLVEMENT OF THE DORSAL ROOT AND SAGITAL BANDS. REQUEST FURTHER EVALUATION. PATIENT IS RIGHT HAND DOMINANT

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQ'T / PCP PHYSICIAN PRINTED NAME & MI WINFRED KOKOR (MD) | APPROVED / AUTHORIZED / DENIED / DEFERRED BY Metis Metis | DATE 5-8-18 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 5/2/18    Utilization management coordinator TK-128788 | 8/2 |
| DATE OF CONSULTATION 5/10/18 | PRINTED NAME OF CONSULTANT | |

FINDINGS: *Seen + examined by D. Foerster in TM Consult Report to follow*    Received

MAY 14 2018

Medical Records

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| RTA RN SIGNATURE | DATE 5/14/18 | AV6366 |
| PCP SIGNATURE | DATE 5/14/18 | CHANDRADAS, DAMODAR |
| Attach Progress Note page for additional information. | | 5/21/88 |

**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)    CDC 7243 (Rev. 11/02)

Facility: n/a

COPY

Patient Name: CHANDRADAS, DAMODAR
Date of Birth: 5/21/1988 00:00 PDT

MRN: AV636(
FIN: 37490; 10000001112126527AV6366; 10000003212126527AV6366; 38254
10000004012126527AV636(

* Auth (Verified) *

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

## HEALTH CARE SERVICES
### PHYSICIAN REQUEST FOR SERVICES    Route to eUHR
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME CHANDRADAS, DAMODAR | CDC NUMBER AV6366 | INSTITUTION SATF |
|---|---|---|

| DATE OF BIRTH 5/21/88 | EPRD DATE | | GENDER MALE |
|---|---|---|---|

| PRINCIPLE DIAGNOSIS RECONSTRUCTION OF RIGHT HAND INJURY | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) HAND SURGEON | | # OF DAYS RECOMMENDED |
|---|---|---|

*Please circle all that apply* CONSULTATION          OUTPATIENT          FOLLOW-UP

Requested Treatment/Service is : ○EMERGENT      ○URGENT      ●ROUTINE

*For the purpose of retrospective review, if emergent or urgent, please justify:* _____

Proposed Provider: _____    Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* PATIENT WITH RIGHT HAND TENDON INJURY., SEEN BY THE HAND SURGEON WITH RECOMMENDATIONS FOR RECONSTRUCTION SURGERY

Estimated time for service delivery, recovery, rehabilitation and follow-up _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months) _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME WINFRED KOKOR (MD) | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 5/15/18 | Utilization management markup |
| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |  |

FINDINGS _____

RECOMMENDATIONS _____

**Received**

**MAY 1 5 2018**

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DOB **Medical Records** |
|---|---|---|
| FTA RN SIGNATURE | DATE | AV6366 |
| PCP SIGNATURE | DATE | CHANDRADAS, DAMODAR |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

5/21/88

DISTRIBUTION
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)        CDC 7243 (Rev. 11/02)

COPY

Patient Name: CHANDRADAS, DAMODAR                                                                MRN: AV6366
Date of Birth: 5/21/1988 00:00 PDT                         FIN: 37490; 1000000112126527AV6366; 10000003212126527AV6366; 38254;
                                                                              1000000401212652 7AV6366

* Auth (Verified) *

STATE OF CALIFORNIA                     **HEALTH CARE SERVICES**                           DEPARTMENT OF CORRECTIONS
                                   **PHYSICIAN REQUEST FOR SERVICES**   Route to eUHR
                          (To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME CHANDRADAS, DAMODAR | CDC NUMBER AV6366 | INSTITUTION SATF |
|---|---|---|
| DATE OF BIRTH 5/21/88 | EPRD DATE | GENDER MALE |

| PRINCIPLE DIAGNOSIS RIGHT HAND INJURY | ICD-9 CODE | CPT CODE(S) |
|---|---|---|

| REQUESTED SERVICE(S) ORTHOPEDIC (HAND SURGEON) | | # OF DAYS RECOMMENDED |
|---|---|---|

*Please circle all that apply* CONSULTATION              OUTPATIENT                    INITIAL

Requested Treatment Service is  ◐EMERGENT      ◑URGENT       ◯ROUTINE

*For the purpose of retrospective review, if emergent or urgent, please justify:* _____

Proposed Provider  DR. FOERSTER _____ Anticipated Length of Stay _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity (*briefly describe the clinical situation, the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant*):
PATIENT INJURED HIS HAND WORKING IN THE KITCHEN 2/2018; 4TH FINGER DEFORMITY AND PAIN WITH INABILITY
TO FULLY FLEX FINGER. IMAGING (MRI) COMPLETED SHOWED 4TH MCP JOINT INJURY WITH INVOLVEMENT OF
THE DORSAL ROOT AND SAGITAL BANDS. REQUEST FURTHER EVALUATION. PATIENT IS RIGHT HAND DOMINANT

Estimated time for service delivery, recovery, rehabilitation and follow-up _____

Summary of preliminary or diagnostic work-up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, & c-P protein and dates within last 3 months) _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.) _____

| REQUESTING PHYSICIAN PRINTED NAME WINFRED KOKOR (MD) | | UTILIZATION MANAGEMENT DECISION (UM COMMITTEE USE) |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 5/2/18 | Indicate Recommended Setting & |
| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT | |

FINDINGS
_____

RECOMMENDATIONS
_____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED _____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| FTA RN SIGNATURE | DATE | **AV6366** |
| PCP SIGNATURE | DATE | **CHANDRADAS, DAMODAR** |
| **Attach Progress Note page for additional information.** **THIS FORM MUST BE RETURNED WITH THE PATIENT!!!** | | **5/21/88** Received |

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULE                                                        MAY 09 2018

PHYSICIAN REQUEST FOR SERVICES (RFS)        CDC 7243 (Rev. 11/02)              Medical Records



Patient Name: CHANDRADAS, DAMODAR                                                    MRN: AV6366
Date of Birth: 5/21/1988 00:00 PDT          FIN: 37490; 1000001112126527AV6366; 1000000321216527AV6366; 38254;
                                                          10000004012126527AV6366

* Auth (Verified) *

6997040

STATE OF CALIFORNIA        **HEALTH CARE SERVICES REQUEST FORM**        DEPARTMENT OF CORRECTIONS
CDC 7362 (Rev. 03/04)

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME: | CDC NUMBER | HOUSING |
|---|---|---|
| CHANDRADAS, DAMODAR | AV6366 | E1-207L |

| PATIENT SIGNATURE | DATE |
|---|---|
| [signature] | 3/26/18 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had
The Problem) I hurt my hand at work on 2/07/18 at central kitchen D-yard
my medical appointments has been postponed due to housing modifications.
I need to see a doctor concerning my hand I have severe and shooting
pain, and my finger flexibility is restricted due to this injury I have
yet to have recieved a response from the results of my X-ray.
*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON
BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: 3/29 0740 | Received by: [signature] |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                                          Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:    T:        P:        R:        BP:              WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY: | | NAME OF INSTITUTION: | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED: |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

COPY

EXHIBIT____C

DESCRIPTION OF EXHIBIT:

1) Health care grievance/High Desert State Prison, 09/07/2018
   LOG:1800-HC 18001189.
2) Health care response Institutional level response, 10/10/2018
   LOG: HDSP HC 18001189.

Number of pages to this exhibit:---3.

JURISDICTION: State Supreme Court

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES


### Institutional Level Response

**Closing Date:** OCT 1 0 2018

**To:**    CHANDRADAS, DAMODAR (AV6366)
B 005 2206001LP
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

**Tracking #:**  HDSP HC 18001189

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; Inmate Dental Services Program Policies and Procedures; Mental Health Services Delivery System Program Guide; Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Medication ( Med Change ) | You want pain medication the anti-inflammatory does not work. |
| Issue: | Referral ( Orthopedics ) | You want a second opinion on your hand issue. |
| Issue: | Referral ( Orthopedics ) | You want to see a specialist for your hand. |

## INTERVIEW
Pursuant to California Code of Regulations, Title 15, Section 3999.228(f)(1), a face-to-face interview was not conducted as you did not request one by initialing the appropriate box on the CDCR 602 HC, Health Care Grievance.

## INSTITUTIONAL LEVEL DISPOSITION

☐ No intervention.    ☒ Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate:

- You were seen by your Primary Care Provider (PCP) on 10/01/2018 and your PCP explained that there is no medical indication, at this time, for you to be referred for a third hand specialty evaluation. No medical or classification chrono changes made during this visit.
- Your PCP advised that your prescription for salsalate would be discontinued and you would be give a trial of Sulindac 150mg twice a day when necessary for pain.

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

HEALTH CARE SERVICES

D.CHANDRADAS, AV6366
HDSP HC 18001189
Page 2 of 2

You may request the services of an outside consultant by following the directions in California Code of
Regulations, Title 15, Section 3354(c). All costs associated with an outside consultation, including
evaluations, tests, custodial supervision, transportation, etc., are the responsibility of the person requesting the
outside evaluation.

While the health care grievance process is a means of setting forth your health care concerns, it is not a
substitute for direct communication about your health with your health care providers. You are encouraged to
continue your care with your assigned health care providers and share with them new or additional clinical
information about your conditions that you believe may affect your care. However, California law directs
your health care providers to offer and provide only the care they determine to be currently medically or
clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from
other health care facilities or staff, input from health care consultants, and/or your own personal preferences
may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, explain the reason in Section C of the CDCR 602
HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level
review. The headquarters' level review constitutes the final disposition on your health care grievance and
exhausts your administrative remedies.

D. Snell, M.D., MBA
Chief Medical Executive
Health Care Services
High Desert State Prison

OCT 1 0 2018
Reviewed and Signed Date

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing
authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

HEALTH CARE SERVICES

EXHIBIT___D

DESCRIPTIOBN OF EXHIBIT:

1) Worker's Compensation Claim Form/Document.


Number of pages to this exhibit:---3.


JURISDICTION: State Supreme Court.





August 1, 2018

Damodar Chandradas
PO Box 3030
Av6366
Susanville CA 96127

Claim Number: 06382804
Employee: Damodar Chandradas
Date of Injury: 02/05/2018
Employer: Dept Of Corrections
Inmate Claims Attn: Return To
Work Office

### NOTICE OF DELAY IN DETERMINING LIABILITY FOR
### WORKERS' COMPENSATION BENEFITS
### DELAY OF ALL LIABILITY

State Compensation Insurance Fund, the claims administrator for Department of Corrections, is handling your workers' compensation claim. This notice is to advise you of the status of your workers' compensation claim for your injury of February 5, 2018.

All potential workers' compensation benefits are being delayed because additional information is necessary to determine if you have suffered a work related injury. In order to make a decision we need to contact your employer. a comprehensive medical evaluation by a Qualified Medical Evaluator is needed. We need medical evidence of an industrial injury.

If you wish to obtain a comprehensive medical evaluation, enclosed is a form that you must submit to the state Division of Workers' Compensation (DWC) within **10 days** to request a panel of three Qualified Medical Evaluators (QMEs). If you do not submit the form within **10 days**, we will have the right to submit the form. In addition, within **10 days** after the DWC sends you a panel, you must choose a QME from the panel, make an appointment to be examined by the QME, and inform me of your choice and appointment time. If you inform us of your choice but you do not arrange the appointment, we will arrange the appointment. If you do not inform us of your choice, we may choose the QME who will examine you and arrange the appointment.

Failure to provide all information requested may result in rejection of your claim.

We will notify you of our decision on or before October 20, 2018.

For all injuries which occur on after January 1, 1990, there is a legal presumption before the Workers' Compensation Appeals Board that your claim is compensable if it is not denied within 90 days of your return of a Workers' Compensation Claim Form (DWC 1) to your employer. That presumption can be rebutted only with information that could not be discovered within the 90-day period.

Effective April 19, 2004, the law requires your employer to authorize medical treatment for your claimed injury within one working day after your filing of a Workers' Compensation Claim Form (DWC-1), and to continue to provide treatment until your claim is accepted or rejected, up to a limit of $10,000 in total. All treatment provided is subject to utilization review and application of evidence-based, peer-reviewed, and nationally recognized guidelines. All treatment provided must be within the State Fund MPN by Harbor Health, if applicable. If you feel you

1

8670



# STATE
COMPENSATION
INSURANCE
# FUND



August 3, 2018

Damodar Chandradas
PO Box 3030
Av6366
Susanville CA  96127

Claim Number: 06382804
Employee: Damodar Chandradas
Date of Injury: 02/05/2018

Dear Damodar Chandradas

Pursuant to Labor Code section 4663(d), we hereby request disclosure of **ALL permanent disabilities or physical impairments that existed prior to the injury.**

As provided in Labor Code section 4664, the employer is only liable for the portion of permanent disability directly caused by the work related injury. If applicable, an apportionment determination will be made by determining what approximate percentage of the permanent disability was caused by the work related injury, and what portion was caused by other factors, including prior industrial injuries.

Please list all previous permanent disabilities or physical impairments. If there are none, please advise. You may use the attached form and return using the enclosed business reply envelope.

Sincerely

*Sarah Loomis*
Sarah Loomis
For Stephanie T, of this claim
(707) 476-1198

Enc: Courtesy Reply Envelope

cc: Dept Of Corrections Inmate Claims Attn: Return To Work Office, PO Box 942883, Sacramento, CA  94283



1

P O Box 3171 Suisun City CA 94585-6171

Benefits Section
(707) 476-1198
Website: statefundca.com

Enc: Employee's Report of Injury (SCIF e3048 - Rev.11/13)
      Courtesy Reply Envelope
      QME Form 105 (Rev 09/15) (SCIF e3131-Unrepresented)
      QME Panel Appointment Notice (SCIF Form 3051 - Rev 5/13)


cc:  Dept Of Corrections Inmate Claims Attn: Return To Work Office, PO Box
      790, Susanville, CA  96127-0790



3

EXHIBIT___E

DESCRIPTION OF EXHIBIT:

1) Sick call slip,Dated 06/09/2018, LOG: 6462107

2) Sick call slip, Dated 06/16/2018, LOG: 4319869


Number of pages to this Exhibit---2.


JURISDICTION: State Supreme Court.

EXHIBIT___F

DESCRIPTION OF EXHIBIT:

Number Of Pages To This Exhibit----

JURISDICTION: State Supreme Court.



8/24/22
Surgery operation
on going.

EXHIBIT ___ G

DESCRIPTION OF EXHIBIT:

Number of pages to this exhibit----

JURISDICTION: State Supreme Court.

G

Nerv conduction
Results for Elbow/Fore-
arm?

EXHIBIT___H

DESCIPTION OF EXHIBITS:

1) Health care grievance submitted on 06/20/2018, LOG:HDSP_HC 18000888

2) Health care Services, Institutional Level Response,07/19/2018
   LOG: HDSP HC 18000888.

3) Health care services, Headquarters' Level Response,12/05/2018.

4) Authorization For The Use And Disclosure Of All Medical Information,
   STATE COMPENSATION INSURANCE FUND CLAIM NO. 06382804/Document.

5) Medical Olsen Review retrieved Trauma document, printed 12/07/2018.

6) Medical document, highlighted orange, follow-up orders, chronos, etc.

7) General Medical History document, Trauma activation documentation.


Number of pages to this exhibit----9.


JURISDICTION: State Supreme Court.

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# MEDICAL/DENTAL LAY-IN ORDER

| INMATE'S NAME | CDC NUMBER | HOUSING |
|---|---|---|
| CHANDRA-OAS, D | AV6366 | 136 - 706 |

ABOVE SUBJECT MUST BE CONFINED TO BED FOR MEALS, MEDICATION, AND SICK CALL.

EXCUS FROM WORK × 2 WEEKS

LAY-IN NUMBER    11-61-18 → 11-15-18 = 2 weeks

SIGNATURE OF M.D., R.N., M.T.A., D.D.S., R.D.A.

CC WORK ASSIGNMENT SUPERVISOR /
HOUSING UNIT

CDC 7257 (Rev 6/97)

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | HDSP-B-18-0170S | | |
| | *FOR STAFF USE ONLY* | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.    **WRITE, PRINT, OR TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| CHANDRADAS, DAMODAR | AV6366 | B5-206L | 2W/Porter |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): DISCRIMINATION

RECEIVED

HDSP APPEALS

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): Since I have been assigned to work in the Kitchen I have been harassed by my boss C/O Fountain, Since I started working I have been written up Multiple

B. Action requested (If you need more space, use Section B of the CDCR 602-A): I want all the 128's and 115's by C/O Fountain taken off my record. I also want my time and privledges given back to me. Also C/O Fountain to

Supporting Documents: Refer to CCR 3084.3.
☑ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
Medical lay-in Chrono    Medical Paperwerk
RVRs 115 & 128's    Disciplinary hearing results

☐ No, I have not attached any supporting documents. Reason: _____

12/12/18, refered to HA
HA Reviewed on 12/17/1_
not S/C

Inmate/Parolee Signature: _____    Date Submitted: 12/05/18

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**    Staff – Check One: Is CDCR 602-A Attached? ☑ Yes  ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☑ Rejected (See attached letter for instruction) Date: 12/17/18 R8 Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name) Title: _____ Signature: _____ Date completed: _____

Reviewer: _____ (Print Name) Title: _____ Signature: _____

Date received by AC: _____

| AC Use Only |
|---|
| Date mailed/delivered to appellant ____/____/____ |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)
Side 2

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____    Date Submitted :_____

---

**E. Second Level - Staff Use Only**                           Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____    Interview Location: _____

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
           See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ Title: _____ Signature: _____ Date completed :_____
            (Print Name)

Reviewer: _____ Title: _____ Signature: _____
          (Print Name)

Date received by AC: _____

| AC Use Only |
| Date mailed/delivered to appellant ____ /____ /____ |

**F. If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

_____

_____

_____

_____

Inmate/Parolee Signature: _____    Date Submitted: _____

---

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)   Date: _____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____
            See attached Third Level response.

| Third Level Use Only |
| Date mailed/delivered to appellant ____ /____ /____ |

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

_____

_____

Inmate/Parolee Signature: _____    Date: _____

Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

INMATE/PAROLEE APPEAL
CDCR 602 (REV. 03/12)

Side 1

| | IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|---|

AV6366

HDSP - B - 19 - 0005

FOR STAFF USE ONLY

You ... s and Rehabilitation (CDCR) decision, action, condition, policy or ... on that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. (See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

A

JUL - 8 2019

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| CHANDRADAS, DAMODAR | AV-6366 | B5-206 | 2W/PORTER |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): STAFF COMPLAINT

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): SINCE BEING ASSIGNED TO WORK IN B-YARD KITCHEN I HAVE BEEN HARASSED AND DISCRIMINATED UPON FOR PRE-EXIST-ING MEDICAL REASONS BY C/O FOUNTAIN. ON 10/3/18 I WAS ISSUED AN RVR LOG:000000205788-947 FOR FAILURE TO MEET WORK EXPECTATIONS. ON 10/5/18 I WENT TO MEDICAL FOR ...

B. Action requested (If you need more space, use Section B of the CDCR 602-A): I WANT ALL RVR'S ISSU-ED BY C/O FOUNTAIN TO BE REMOVED FROM MY RECORD. RVR DATED 10/3/18 LOG: 000000 005788947 FOR FAILURE TO MEET WORK EXPECTATIONS. RVR DATED 10/6/18 FOR FAILURE TO MEET WORK EXPECTATIONS LOG:000000058/1350. RVR DATED 11/1/18 LOG:000000058642

Supporting Documents: Refer to CCR 3084.3.
☑ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
MEDICAL LAY-IN'S 10/6/18-10/8/18, 11/1-11/8/18     RVR LOG#000000005788947 DATED 10/6/18
RVR LOG#000000005788947 DATED 10/3/18     1824 LOG# B-18-04471/DOCUMENT.

☐ No, I have not attached any supporting documents.  Reason : _____

RECEIVED
JAN 02 2019
HDSP APPEALS
O

REC BY OOA
MAR 15 2019

11/2/18 Referred to HA
11/4/18 Accepted S/C

REC BY OOA
FEB 01 2019

Inmate/Parolee Signature: _____    Date Submitted: 12/30/18

☐ By placing my initials in this box, I waive my right to receive an interview.

C. First Level - Staff Use Only    Staff – Check One: Is CDCR 602-A Attached? ☑ Yes ☐ No
This appeal has been:
☑ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter) Date: ___
☐ Accepted at the First Level of Review.
Assigned to: ___ Title: ___ Date Assigned: ___ Date Due: ___
First Level Responder: Complete a First Level response. Include reviewer's name, title, interview date, location, and complete the section below.
Date of Interview: ___ Interview Location: ___
Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other:
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: ___ Title: ___ Signature: ___ Date completed: ___
     (Print Name)
Reviewer: ___ Title: ___ Signature: ___
     (Print Name)
Date received by AC: ___

| AC Use Only |
|---|
| Date mailed/delivered to appellant ___ / ___ / ___ |

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Side 2

D. If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

Bypass

Inmate/Parolee Signature: _____  Date Submitted : _____

E. Second Level - Staff Use Only                    Staff – Check One: Is CDCR 602-A Attached?  ☒ Yes  ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)
☒ Accepted at the Second Level of Review
Assigned to: _Rsm Staff Complaint Lieutenant_ Title: _Lt_  Date Assigned: _1/4/19_  Date Due: _2/4/19_

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.
Date of Interview: _1/9/19_        Interview Location: _Facility B, Program_
Your appeal issue is: ☐ Granted  ☒ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter. If dissatisfied with Second Level response, complete Section F below.
Interviewer: _G. Waturis_ Title: _Lieutenant_ Signature: _____  Date completed : _1/9/19_
Reviewer: _I. M. Picket_ Title: _CRV_ Signature: _____
Date received by AC: _1/17/19_

AC Use Only
Date mailed/delivered to appellant _1/17/19_

F. If you are dissatisfied with the Second Level response, explain reason below, attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.
I WANT THIS REVIEWED AT THIRD LEVEL / MY RVR'S did not GET DISSMISSED BASED ON FACTUAL EVIDENCE THAT IS PROVIDED IN MY SUPPORTED DOCUMENTS ALSO NO 1858 FORMS HAVE BEEN PROVIDED

Inmate/Parolee Signature: _____  Date Submitted: _1/28/19_

G. Third Level - Staff Use Only
This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)  Date: _____
☒ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted  ☐ Granted in Part  ☐ Denied  ☒ Other: OCT 29 2019
See attached Third Level response.                                                          EXPIRED

Third Level Use Only
Date mailed/delivered to appellant NOV. - 4 2019

H. Request to Withdraw Appeal: I request that this appeal be withdrawn from further review because: State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: _____  Date: _____
Print Staff Name: _____  Title: _____  Signature: _____  Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| 1 818990 | HDSP-B-19-0005 | | |

FOR STAFF USE ONLY

REC BY OOA

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| CHADLIMYAS, DAMODAR | AV-6366 | B5-206 | 2cu/Porter |

A.  Continuation of CDCR 602, Section A only (Explain your issue) : ABDOMINAL PAIN MANAGEMENT
AND THE ORDERING PHYSICIAN DRAGON JOSEPH(NP) PRESCRIBED ME AL-HYDROXI-
DE UNTIL DOCTOR'S LINE DAYS LATER. ON 10/6/18 I WAS ISSUED ANOTHER RVR LOG: 000-
000005811550 FOR FAILURE TO MEET WORK EXPECTATIONS, BUT FROM 0840 hrs TO 0930 hrs
I USED THE BATHROOM AT APPROPRIATE TIMES ONLY WHILE IN-MATES STARTED SEATING AS SHOW-
N ON VIDEO. ON 10/6/18 I WAS FINALLY SEEN BY DR. MIRANDA AND ISSUED A LAY-IN ORDER DA-
TED 10/10/18 - 10/31/18. I'VE BEEN HAVING STOMACHE AND ABDOMINAL TROUBLES SINCE 9/12/18
SEE CDCR: 7362 /LOG: 6905044 AND ON 11/2/18 I FINALLY WENT FOR COLONOSCOPY SCREE-
NING AND PROCEDURE. ON 10/2/18 I WAS ISSUED ANOTHER RVR /LOG: 000000005853149 FOR REFUSAL
TO WORK EVEN AFTER I NOTIFIED c/o FOUNTAIN OF MY LAY-IN ORDER DATED 10/10/18-10/31/18 ALSO GIVEN
"A" DAYS. ON 11/1/18 I WAS GIVEN ANOTHER RVR LOG: 000000005962046 FOR REFUSAL TO PERFORM ASSIGNED
DUTIES RIGHT AFTER. INFORMING c/o FOUNTAIN THAT MY RIGHT HAND IS VERY WEAK AND CANT FLEX DUE TO-
IS SPASTICITY PAIN. SHE CURSED AT ME AND TOLD METHAT I WAS "A SACK OF GARBAGE AND SENT ME TO SUBMIT A-
NOTHER LAY-IN WHICH I DID RIGHT AFTER. THAT LAY-IN WAS FROM 11/1/18 - 11/15/18. ON 11/2/18 I WAS SEEN
BY DR. ABBUR AND ISSUED A MEDICAL CHRONO FOR RESTRICTED USE OF RIGHT HAND HOWEVER WHEN I CAME
BACK TO WORK ON 11/9/18 I WAS ISSUED ANOTHER RVR /LOG: 000000006053545 FOR DISOBEYING AN ORDER.
I'VE BEEN TREATED WITH PREJUDICE AND UNFAIRLY FOR MY MEDICAL CONDITIONS. c/o FOUNTAIN HAS BEEN SO
STRICTLY DISCOURTEOUS AND UNPROFESSIONAL BY TAKING ADVERSE ACTION WITHOUT ANY REGARD TO THE
CODE OF CONDUCT: 33030.3 | DOM, INCLUDING EMBARRASSING ME WITH INSULTS.

Inmate/Parolee Signature: _____    Date Submitted: 12/30/18

RECEIVED
JAN 03 2019
HDSB APPEALS

REC B    OOA
MAR 15 2019

REC BY OOA
FEB 01 2019

B.  Continuation of CDCR 602, Section B only (Action requested): 46 FOR REFUSAL TO PERFORM DUTIES, RVR DATED 11/10/18
LOG: 000000006053545 FOR DISOBEYING AN ORDER INCLUDING MY TIME AND PRIVILEDGES RESTORED.

Inmate/Parolee Signature: _____    Date Submitted: 12/30/18

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

D.  Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): _____

Inmate/Parolee Signature: _____    Date Submitted: _____

F.  Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): _____

Inmate/Parolee Signature: _____    Date Submitted: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)
DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | Satf-E-18-2779 | | 13 |

*FOR STAFF USE ONLY*

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.                    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| CHANDRADAS, DAMODAR | AV6366 | E1-207 | U/A |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): STAFF COMPLAINT
CENTRAL KITCHEN SUPERVISOR MACIAS

**A.** Explain your issue (if you need more space, use Section A of the CDCR 602-A): ON OR ABOUT FEBUARY
5th 2018 I WAS INJURED WHILE AT PERFORMING MY DUTIES AT CENTRAL
KITCHEN. I IMMEDIATLEY NOTIFIED MY SUPERVISOR (MACIAS) WHO
DIRECTED ME TO MEDICAL (PLEASE NOTE)"I'M CURRENTLY— CONTINUE→

**B.** Action requested (if you need more space, use Section B of the CDCR 602-A): FOR THE ABVE
LISTED FORMS (CDC SATF 3066 IM, DWC I) BE FILLED OUT
PROPERLY AND IN THEIR INTIRETY AND SUBMITTED WITHIN
SEVEN WORKING DAYS, ALSO FOR MACIAS TO NOT ONLY RE—CONT→

Supporting Documents: Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____

_____

☑ No, I have not attached any supporting documents. Reason : THEY WERE NEVER RETURNED.

_____

_____

_____

| Inmate/Parolee Signature: | Date Submitted: 5/13/18 |
|---|---|

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**                    Staff – Check One: Is CDCR 602-A Attached?  ☑ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.
Assigned to: Central Kitchen    Title: CS    Date Assigned: 5-18-18    Date Due: 7-2-18

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: 6/6/18    Interview Location: Central Kitchen
Your appeal issue is: ☐ Granted  ☑ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: T. Helfin    Title: CS1    Signature: _____    Date completed: 6/6/18
Reviewer: S. Haener    Title: AW    Signature: _____
(Print Name)

Date received by AC: _____

CSATF APPEALS

JUL 02 2018

| | AC Use Only |
|---|---|
| | Date mailed/delivered to appellant JUL 02 2018 |

CSATF APPEALS

CSATF APPEALS

MAY 14 2018

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.  If you need more space, use Section D of the CDCR 602-A.

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____    Date Submitted : _____

---

**E. Second Level - Staff Use Only**     Staff – Check One:  Is CDCR 602-A Attached?  ☐ Yes    ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____    Date: _____    Date: _____    Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____    Title: _____    Date Assigned: _____    Date Due: _____

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____    Interview Location: _____

Your appeal issue is:  ☐ Granted    ☐ Granted in Part    ☐ Denied    ☐ Other: _____
See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____    Title: _____    Signature: _____    Date completed : _____
(Print Name)

Reviewer: _____    Title: _____    Signature: _____
(Print Name)

Date received by AC: _____

**AC Use Only**
Date mailed/delivered to appellant ____/____/____

**F.  If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

_____

_____

_____

_____

Inmate/Parolee Signature: _____    Date Submitted: _____

---

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____    Date: _____    Date: _____    Date: _____
☐ Cancelled (See attached letter)    Date: _____
☐ Accepted at the Third Level of Review.  Your appeal issue is  ☐ Granted    ☐ Granted in Part    ☐ Denied    ☐ Other: _____
See attached Third Level response.

**Third Level Use Only**
Date mailed/delivered to appellant ____/____/____

**H. Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

_____

Inmate/Parolee Signature: _____    Date: _____

Print Staff Name: _____    Title: _____    Signature: _____    Date: _____

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)                                                                                                  Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | Satf- E-18-2779 | | B |
| | *FOR STAFF USE ONLY* | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| CHANDRADAS, DAMODAR | AV6366 | E1-207 | U/A |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** SCHEDULED FOR SURGERY IN
REGARDS TO MY INJURY" SUPERVISOR MACIAS WAS GIVEN A INMATE
EMPLOYEE REPORT TO SUPERVISOR OF JOB RELATED INJURY (CDC-
SATF 3066 IM) ALSO A WORKERS' COMPENSATION CLAIM FORM
(DWC 1) HOWEVER HAS YET TO COMPLETE AND SUBMIT THESE FORMS.
IT IS HIS JOB TO FOLLOW POLICIES AND PROCEEDURES SET
FORTH BY CDCR. BY HIM NOT DOING SO HE IS DERELICT IN
HIS DUTIES, THIS IS MIS-CONDUCT BY MACIAS AS SUPERVISER
AND SHOULD BE ADDRESSED AS SUCH.

Inmate/Parolee Signature: _____    Date Submitted: 5/13/18

**B. Continuation of CDCR 602, Section B only (Action requested):** REPERMANDED BUT THIS TO BE NOTED ON HIS
PERSONAL FILE, ALSO FOR THEIR TO BE NO FORM OF RETALIATION FOR UTILIZING
602 GRIEVANCE PROCESS.

Inmate/Parolee Signature: _____    Date Submitted: 5/13/18

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____ Date Submitted: _____

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____ Date Submitted: _____

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Institution: | Tracking #: |
|---|---|---|---|

HDSP- HC 1800 1189

J. Daniels, RN          *J. Daniels*          7-7-18

Staff Name and Title (Print)          Signature          Date

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, only one CDCR 602 HC A Health Care Grievance Attachment will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Section 3087 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): | CDCR #: | Unit/Cell #: |
|---|---|---|
| CHANDADAS, DAMDAR | AV6266 | B5-206L |

**SECTION A:** Explain the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy. I WANT TO SEE A SPECIALIST FOR MY HAND THAT WAS INJURED ON 2/05/2018. I'VE ALREADY REQUESTED A SECOND OPINION FROM MY PREVIOUSE SPEACIALIST AND HAVE NOT HEARD A RESPONSE. MY CLAIM NUMBER IS: 06382804 FOR THE STATE COMPENSATION INSURANCE FUND. I'VE TRYED THE INFLAMMATORY MEDICATION I WAS PERSCRIBED JUST TO SEE IF IT WOULD HELP BUT IT'S BEEN UNSUCCESSFULL. I'M IN EXTREME PAIN, EVERY DAY I CAN NOT SLEEP SOMETIMES AND NEED HELP

*If you need more space, use Section A of the CDCR 602 HC A*

☒ Supporting Documents: Refer to CCR 3087.2. List supporting documents attached: STATE COMPENSATION INSURANCE FUND DOCUMENT.

☐ No, I have not attached any supporting documents. Reason:

| Grievant Signature: | Date Submitted: |
|---|---|

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.

HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only          Is a CDCR 602 HC A attached? ☐ Yes ☒ No

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: _____    Date: _____

☐ Withdrawn (see section C)

☒ Accepted    Assigned To: B-YARD    Title: PCP    Date Assigned: 9/10/18    Date Due: 11/7/18

Interview Conducted? ☐ Yes ☒ No    Date of Interview:          Interview Location:

Interviewer Name and Title (print):          Signature:          Date:

Reviewing Authority          **D. Snell, M.D., MBA, CME**    Signature:          Date: OCT 10 2018
Name and Title (print):

Disposition: See attached letter    ☒ Intervention    ☐ No Further Intervention    ☐ No Intervention

*If dissatisfied with Institutional Level Response, complete Section B.*

HCGO Use Only: Date closed and mailed/delivered to grievant:    OCT 10 2018

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed Information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached ☐ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments: N/A

RECEIVED HDSP COMPLETE STAFF USE ONLY
SEP 07 2018    OCT 10 2018
HCGO    HCGO

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking HDSP- HC 1800 1189

| **SECTION B:** | Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section 6 of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758. |

I HAVE BEEN ASKING TO SEE A SPECIALIST FOR SECOND OPINION ON MY HAND. AN MRI WAS DONE AT SATF/CORCORAN AND IT WAS CONCLUDED THAT I WOULD HAVE SURGERY FOR TENDON RECONSTRUCTION. THIS WAS DUE TO AN INCIDENT WHILE WORKING AT THE KITCHEN, IN SATF/CORCORAN 'RETURN TO WORK' WAS NOTIFIED FOLLOWING MY CLAIM, AND THE DUE PROCESS AFTER IT WAS RECOMENDED FOR ME TO HAVE SURGERY BY THE FIRST ORTHOPEDICS SPECIALIST I WAS SCHEDULED TO HAVE IT DONE. I WAS TOLD THAT I WOULD HAVE A MEDICAL HOLD BUT I STILL NOT TRANSFERRED. NOW HERE AT HIGH DESERT I'VE STARTED THE APPEAL PROCESS ALL OVER AGAIN, AND UNFORTUNATELY I'VE BEEN UN-SUCC ESSFUL IN RECIEVING ADEQUATE CARE, THE MEDICATION I'VE BEEN PRESCRIBED HAS HAD NO AFFECT ON THE PAIN I'M HAVING. I'VE BEEN DENIED A SECOND OPINION IN THIS MATTER. I'M IN CONSTANT PAIN AND BECAUSE OF IT IT MADE THIS ISSUE HAVE AN ADVERSE AFFECT ON MY HEALTH AND WELL BEING. TO MAKE MATTERS WORSE I'M RIGHT HANDED, I CANT DO THINGS LIKE I USED TO.

Grievant Signature: _DCD_     Date Submitted: 11/6/18

| HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only | Is a CDCR 602 HC A attached?  ☐ Yes   ☐ No |

This grievance has been:

☐ Rejected (See attached letter for instruction):     Date: _____     Date: _____

☐ Withdrawn (see section C)

☐ Accepted

Interview Conducted?     ☐ Yes  ☐ No     Date of Interview: _____     Interview Location: _____

Interviewer Name and Title (print): _____     Signature: _____     Date: _____

| Disposition: See attached letter | ☐ Intervention | ☐ No Further Intervention | ☐ No Intervention |

***This decision exhausts your administrative remedies.***

HQ Use Only: Date closed and mailed/delivered to grievant:     DEC 0 5 2018

| **SECTION C:** | Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason: |

Grievant Signature: _____     Date Submitted: _____

Staff Name and Title (Print): _____     Signature: _____     Date: _____

STAFF USE ONLY

COMPLETED
HCCAB
DEC 0 5 2018

Distribution: Original - Returned to grievant after completed; Scanned Copy - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| | | RECEIVED HCCAB SEP 1 0 2018 |

PATIENT SIGNATURE

DATE

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had
The Problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON
BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|

| PATIENT SIGNATURE | DATE |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR-0602 HC (Rev. 06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Institution: HDSP-HC | Tracking #: 18000888 |
|---|---|---|---|

J. Daniels, RN

Signature: J. ____    Date: 6-20-18

Staff Name and Title (Print)

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, only one CDCR 602 HC A Health Care Grievance Attachment will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Section 3087 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): CHANDRADAS, DAMODAR | CDCR #: AV6366 | Unit/Cell #: B3-214 |
|---|---|---|

**SECTION A:** [Explain the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy.] I'AM CURRENTLY AWAITING SURGERY UNDER CHRONIC CARE STATUS, I'VE BEEN UNDER EXTREMELY AMOUNT OF PAIN SINCE THIS INJURY AT CENTRAL KITCHEN/CSATF - D-YARD. MY MEDICAL CONCERNS AND SUFFERING HAS BEEN BLATANTLY IGNORED WITHOUT REASONABLE ACCOMMODATION FOR THE TIME BEING. I'VE MADE A FEW ATTEMPTS TO SEE THE DOCTOR REGARDING MY CONCERNS AND I HAVE BEEN VERY UNSUCCESSFULL. THE PAIN IN MY HAND DUE TO THIS INJURY IS UNBAREABLE AND HAS CAUSED ME TO LOSE MY GRIP WHEN I TRY TO GET ON THE TOP BUNK. BECAUSE OF THIS I'VE INJURED OTHER PARTS OF MY BODY SUCH AS MY ARM/ELBOW TO PREVENT A CATASTROPHIC FALL.

*If you need more space, use Section A of the CDCR 602 HC A*

☑ Supporting Documents: Refer to CCR 3087.2. List supporting documents attached: 1) CDC-7362, LOG: 6462107. 2) CDC-7362, LOG: 6997040 3) CDC-7362, LOG: 4319864.

☐ No, I have not attached any supporting documents. Reason:

| Grievant Signature: DCD | Date Submitted: 6/18/18 |
|---|---|

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.    DCD

| HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | Is a CDCR 602 HC A attached? ☐ Yes ☒ No |
|---|---|

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____

☐ Withdrawn (see section C)

☒ Accepted    Assigned To: D. AVILA    Title: HCARN    Date Assigned: 6-20-18    Date Due: 8-23-18

Interview Conducted? ☒ Yes ☐ No    Date of Interview: 7/3/18    Interview Location: B Program

Interviewer Name and Title (print): D. Avila, R.N.    Signature: D. Avila RN    Date: 7/3/18

Reviewing Authority
Name and Title (print): D. Snell, M.D., MBA, CME    Signature: _____    Date: JUL 19 2018

| Disposition: See attached letter | ☐ Intervention | ☐ No Further Intervention | ☒ No Intervention |
|---|---|---|---|

*If dissatisfied with Institutional Level Response, complete Section B.*

HCGO Use Only: Date closed and mailed/delivered to grievant:    **JUL 19 2018**

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☒ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☒ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached ☒ Reached |
| ☒ Not Applicable | ☐ Other | *See chrono/notes |

4. Comments: C1.0

RECEIVED HDSP JUN 20 2018

COMPLETED HDSP

STAFF USE ONLY

RECEIVED HCCAB SEP 10 2018

HCGO    HCGO

JUL 19 2018

STATE OF CALIFORNIA
HEALTH CARE GRIEVANCE
CDCR-0602 HC (Rev. 06/17) *Chandiadas D* A4366  AY6366  HDSP-4K Tracking #: 18022888

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

**SECTION B:** Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section B of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758.

I'm not satisfied with the outcome at the Institutional level. I'm still at a high Amount of Pain, shooting Pain that has now spread throughout my whole hand. THE medication I was perscribed has had absolutely no affect on the Pain that I'm currentley experiencing at the moment. It is very hard to flex my hand/knuckles. I'm right handed, and because It is my right hand that was Injured while working at central kitchen in SATF/corcoran it is very hard to write, eat, brush my teeth and fufill other daily functions, yet alone shower. I was told when I was in SATF/-corcoran that I would with-go an operation for hand reconstruction. Being that I got transferred the Doctor's recomendation from SATF/corcoran got changed by a local Physician. I wAnt my hand/right hand to be reconstructed AS recomended before and to not feel the severity of Pain I'm experiencing.

Grievant Signature: _____  Date Submitted: 7/24/18

**HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only**   Is a CDCR 602 HC A attached? ☐ Yes ☐ No

This grievance has been:
☐ Rejected (See attached letter for instruction): Date: ___ Date: ___
☐ Withdrawn (see section C)
☑ Accepted

Interview Conducted? ☐ Yes ☐ No  Date of interview: ___  Interview Location: ___
Interviewer Name and Title (print): ___  Signature: ___  Date: ___

Disposition: See attached letter ☐ Intervention  ☐ No Further Intervention  ☑ No Intervention

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant: DEC 0 5 2018

**SECTION C:** Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason:

Grievant Signature: ___  Date Submitted: ___
Staff Name and Title (Print): ___  Signature: ___  Date: ___

COMPLETED HCCAB DEC 0 5 2018

STAFF USE ONLY

Distribution: Original - Returned to grievant after completed. Scanned Copy - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

RECEIVED
HCGAB
SEP 1 0 2016

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|

| PATIENT SIGNATURE | DATE |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

_____

_____

_____

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate